# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Helene N. | 6th Circuit | 09/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

Theodore Levin Courthouse
231 W. Lafayette Blvd., Room 649
Detroit, Michigan 48226

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Trustee | Trust #2 RWRT GST A |
| 6. | Trustee | Trust #3 RWRT GST B |
| 7. | Director / President | Foundation #1 |
| 8. | Custodian | Brokerage account #1 UGMA |
| 9. | Custodian | Brokerage account #2 UGMA |
| 10. | Member | Home Properties, LLC |
| 11. | Manager/ Member | WWLFAP, LLC |
| 12. | Manager/Member | HBF Investments, LLC |
| 13. | Member | Clay School, LLC |
| 14. | Manager/Member | Unit 610, LLC |
| 15. | Member | White Levin Ventures, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/1981 | Wayne County, Michigan Judicial Pension |
| 2. 01/01/1993 | State of Michigan Judicial Pension |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on real estate | P1 |
| 2. LTR 2010 Trust | Promissory Notes | P1 |
| 3. US Trust | Line of Credit | P1 |
| 4. Tri-state | Line of Credit | P1 |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage account #1 (UBS) (H) | | | | | | | | | |
| 2.  - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3.  - UBS money market | A | Interest | J | T | | | | | |
| 4.  Brokerage account #2 (Baird) (H) | | | | | | | | | |
| 5.  - Baird MM fund | A | Interest | K | T | | | | | |
| 6.  - ORCL | A | Dividend | K | T | | | | | |
| 7.  - VAFAX | A | Dividend | J | T | | | | | |
| 8.  - BTZ | B | Dividend | K | T | | | | | |
| 9.  - FRDPX | B | Dividend | L | T | | | | | |
| 10.  - SLMCX | E | Dividend | M | T | | | | | |
| 11.  - SCAUX | A | Dividend | K | T | | | | | |
| 12.  - FIF | B | Dividend | K | T | | | | | |
| 13.  Brokerage account #3 (Baird) (H) | | | | | | | | | |
| 14.  - NWS | A | Dividend | J | T | | | | | |
| 15.  - FOX | A | Dividend | K | T | | | | | |
| 16.  - SCAUX | A | Dividend | K | T | | | | | |
| 17.  - FRDPX | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - PHSTX | C | Dividend | K | T | | | | | |
| 19.   - DIS | A | Dividend | J | T | | | | | |
| 20.   Brokerage account #4 cust UGMA FW (Baird) (H) | | | | | | | | | |
| 21.   - ABALX | A | Dividend | J | T | | | | | |
| 22.   - VAFAX | B | Dividend | J | T | | | | | |
| 23.   - FRBAX | A | Dividend | J | T | | | | | |
| 24.   - SCAUX | A | Dividend | J | T | | | | | |
| 25.   Brokerage account #5 cust UGMA BW (Baird) (H) | | | | | | | | | |
| 26.   - VAFAX | C | Dividend | K | T | | | | | |
| 27.   - ABALX | B | Dividend | K | T | | | | | |
| 28.   Brokerage account #6 (Chase) (H) | | | | | | | | | |
| 29.   - MJLXX | A | Interest | J | T | | | | | |
| 30.   - FPFC | | None | J | T | | | | | |
| 31.   - GCVRZ (f/n/a GENZ) | | None | J | T | | | | | |
| 32.   - MSFT | A | Dividend | J | T | | | | | |
| 33.   Brokerage account #8 (Ameriprise) (H) | | | | | | | | | |
| 34.   - Ameriprise Money Market Account | A | Interest | J | T | | | | | |

| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - GE | A | Dividend | K | T | | | | | |
| 36.  - ASEI | A | Dividend | J | T | | | | | |
| 37.  - RCMT | | None | J | T | | | | | |
| 38.  - SPLV | A | Dividend | J | T | | | | | |
| 39.  Brokerage account #9 (Oppenheimer) (H) | | | | | | | | | |
| 40.  - MRVL | A | Int./Div. | J | T | | | | | |
| 41.  401k and 457 State of Michigan (H) | | | | | | | | | |
| 42.  - SSga S&P 500 Index | | None | M | T | | | | | |
| 43.  - SSga MidCap Index | | None | N | T | | | | | |
| 44.  - SSga Russel 2000 Index | | None | N | T | | | | | |
| 45.  - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 46.  Wayne County Deferred Comp (H) | | | | | | | | | |
| 47.  - Lord Abbott Mid Cap Fd | | None | K | T | | | | | |
| 48.  RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | U | | | | | |
| 49.  Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 50.  Marc Pharmaceutical stock | | None | J | T | | | | | |
| 51.  Trust #2 RWRT GST A, Trustee | E | Int./Div. | N | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - LP Int RNJH Asso. LTD - see lines 55-82 (H) | | | | | | | | | |
| 53. Trust #3 RWRT GST B, Trustee | E | Int./Div. | N | U | | | | | |
| 54. - LP Int RNJH Asso. LTD - see lines 55-82 (H) | | | | | | | | | |
| 55. RNJH Associates Ltd. (LP Interest) (pro rata share) (H) | | | | | | | | | |
| 56. - Acct # 1 Morgan Stanley Money Fund | A | Int./Div. | L | T | | | | | |
| 57. - - Goldman Sachs Access TRE | A | Int./Div. | L | T | | | | | |
| 58. - - IShares Core US Aggregate | A | Int./Div. | L | T | | | | | |
| 59. - - IShares JP Morgan EM Bond Fd | B | Int./Div. | K | T | | | | | |
| 60. - - IShares S&P Mid Cap 400 Growth | A | Int./Div. | L | T | | | | | |
| 61. - - IShares Short Maturity Bond (Near) | B | Int./Div. | | | Sold | 10/26/20 | L | | |
| 62. - - IShares S&P Sm Cap 600 Value | A | Int./Div. | | | Sold | 02/03/20 | K | D | |
| 63. - - IShares Sm Cap 600 Growth | A | Int./Div. | L | T | | | | | |
| 64. - - Janus Henderson Sht Dur Inc ETF | C | Int./Div. | M | T | Buy (add'l) | 10/26/20 | K | | |
| 65. - - JPM Diversified RET Intl EQ | B | Int./Div. | L | T | | | | | |
| 66. - - JPMorgan Ultra-Short Inc ETF | B | Int./Div. | M | T | Buy (add'l) | 10/26/20 | K | | |
| 67. - - Proshares TR S&P 500 DV ARIST (NOBL) | B | Int./Div. | M | T | Buy (add'l) | 04/02/20 | K | | |
| 68. - - Proshares RSL 2000 DVD ETF | A | Int./Div. | K | T | Buy | 02/03/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - - Vanguard Growth ETF (VUG) | B | Int./Div. | M | T | | | | | |
| 70.   - - Vanguard High Div Yield ETF | C | Int./Div. | M | T | Buy | 03/31/20 | M | | |
| 71.   - - Vanguard Index Funds S&P 500 ETF | C | Int./Div. | N | T | Buy<br>(add'l) | 03/27/20 | M | | |
| 72.   - - Vanguard Mid Cap Value ETF | B | Int./Div. | L | T | | | | | |
| 73.   - - Blackstone Alt Mult-Strat Inst | B | Int./Div. | | | Sold | 06/30/20 | L | | |
| 74.   - Hardig Loevner Intl Equity Inst | B | Int./Div. | M | T | | | | | |
| 75.   - - JPMorgan Hedged Equity I | A | Int./Div. | K | T | Buy | 06/30/20 | K | | |
| 76.   - -Virtus Insight Emerg Mkts I | A | Int./Div. | L | T | | | | | |
| 77.   - - Vanguard REIT ETF | B | Int./Div. | | | Sold | 05/12/20 | K | | |
| 78.   - - Victoryshares US Large Cap H | B | Int./Div. | L | T | | | | | |
| 79.   - -Catalyst Millburn HGD Strat I | B | Int./Div. | | | Sold | 04/02/20 | K | | |
| 80.   - - First Eagle Global A | A | Int./Div. | | | Sold | 03/27/20 | K | | |
| 81.   - - Franklin K2 Alternative Strtgs ADV<br>(FABZX) | A | Int./Div. | L | T | | | | | |
| 82.   - - Janus Henderson Flexible Bond I<br>(JFLEX) | B | Int./Div. | L | T | | | | | |
| 83.   Trust #5 RWLTITHW shared beneficial<br>interest (lines 83-291) | | | | | | | | | |
| 84.   - Wells Fargo Acct #1 | A | Interest | J | T | | | | | |
| 85.   - - Antero Midstream LP Ptns | A | Int./Div. | J | T | Buy<br>(add'l) | 09/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - - Archrock Partners, LP | A | Int./Div. | | | Sold | 03/16/20 | J | | |
| 87.   - - Cheniere Energy Inc | A | Int./Div. | J | T | | | | | |
| 88.   - - EQT Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 89.   - - Kinder Morgan Inc DEL | A | Int./Div. | J | T | | | | | |
| 90.   - - Enbridge Energy Partners, LP | A | Int./Div. | J | T | | | | | |
| 91.   - - Energy Transfer Partners LP | C | Int./Div. | K | T | | | | | |
| 92.   - - Enterprise Prods Partners, LP | B | Int./Div. | K | T | | | | | |
| 93.   - - MPLX LP Com | A | Int./Div. | J | T | | | | | |
| 94.   - - Magellan Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 95.   - -Nustar Energy LP | A | Int./Div. | J | T | | | | | |
| 96.   - - Oneok, Inc. New | A | Int./Div. | | | Sold | 05/12/20 | J | | |
| 97.   - - Pembina Pipeline Corp | A | Int./Div. | J | T | | | | | |
| 98.   - - Plains All American Pipeline LP | B | Int./Div. | K | T | | | | | |
| 99.   - - Plains GP Hldgs LP | A | Int./Div. | J | T | Buy | 07/07/20 | J | | |
| 100.   - - Sempra Energy | A | Int./Div. | J | T | Buy | 07/07/20 | J | | |
| 101.   - - Targa Res Corp Com | A | Int./Div. | J | T | | | | | |
| 102.   - - TC Energy Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - - Williams Companies, Inc. | B | Int./Div. | K | T | | | | | |
| 104.  - Wells Fargo Acct #2 Money Fund | A | Int./Div. | J | T | | | | | |
| 105.  - - Abbvie, Inc. | A | Int./Div. | K | T | | | | | |
| 106.  - - Altria Group, Inc. | A | Int./Div. | | | Sold | 04/20/20 | J | | |
| 107.  - - American Electric Power | A | Int./Div. | J | T | Buy | 04/30/20 | J | | |
| 108.  - - AMCOR PLC | A | Int./Div. | | | Sold | 03/13/20 | J | | |
| 109.  - - Amgen, Inc. | A | Int./Div. | J | T | | | | | |
| 110.  - - AT&T, Inc. | A | Int./Div. | K | T | | | | | |
| 111.  - - BCE, Inc. | A | Int./Div. | J | T | | | | | |
| 112.  - - BP PLC Spons ADR | A | Int./Div. | | | Sold | 08/21/20 | J | | |
| 113.  - - Bristol Myers Squibb | A | Int./Div. | J | T | Buy | 06/23/20 | J | | |
| 114.  - - British Amern TOB PLC | A | Int./Div. | J | T | | | | | |
| 115.  - - CDN Imperial Bk Commrc | A | Int./Div. | J | T | | | | | |
| 116.  - - Chevron Corp | A | Int./Div. | K | T | | | | | |
| 117.  - - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 118.  - -Coca Cola Company | A | Int./Div. | J | T | | | | | |
| 119.  - - Crown Castle Intl | A | Int./Div. | J | T | Buy | 09/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   - - Dominion Res Inc. VA (n/k/a Dominion Energy Inc.) | A | Int./Div. | J | T | | | | | |
| 121.   - - Duke Energy Corp | A | Int./Div. | K | T | | | | | |
| 122.   - - Eaton Corp PLC | A | Int./Div. | J | T | Buy | 08/10/20 | J | | |
| 123.   - - Enbridge Inc. | A | Int./Div. | J | T | | | | | |
| 124.   - - Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 125.   - - Gilead Sciences Inc. | A | Int./Div. | J | T | | | | | |
| 126.   - - General Mills Inc. | A | Int./Div. | J | T | Buy | 10/02/20 | J | | |
| 127.   - - GlaxoSmithKline PLC-ADR | A | Int./Div. | | | Sold | 09/25/20 | J | | |
| 128.   - - HuntingtonBancshares Inc. | A | Int./Div. | J | T | | | | | |
| 129.   - - International Business Machine Corp | A | Int./Div. | J | T | Buy | 04/24/20 | J | | |
| 130.   - - Invesco Ltd. | A | Int./Div. | | | Sold | 04/23/20 | J | | |
| 131.   - - JPMorgan Chase & Co | A | Int./Div. | J | T | Buy | 09/17/20 | J | | |
| 132.   - - Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 133.   - - Lyondell Basell Industriesf | A | Int./Div. | | | Sold | 03/13/20 | J | | |
| 134.   - - Merck & Co, Inc. | A | Int./Div. | J | T | Buy | 03/03/20 | J | | |
| 135.   - - National Grid PLC | A | Int./Div. | J | T | | | | | |
| 136.   - - Occidental Pete Corp | A | Int./Div. | | | Sold | 02/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 138.  - - Pfizer Inc. | A | Int./Div. | K | T | | | | | |
| 139.  - - Philip Morris Intl | A | Int./Div. | K | T | | | | | |
| 140.  - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 141.  - - PPL Corp | A | Int./Div. | J | T | | | | | |
| 142.  - - Public Service Enterprise Group | A | Int./Div. | J | T | Buy | 05/19/20 | J | | |
| 143.  - - Realty Income Corp | A | Int./Div. | | | Sold | 02/26/20 | J | A | |
| 144.  - - Regions Financial Corp | A | Int./Div. | J | T | | | | | |
| 145.  - - Royal Dutch Shell PLC | A | Int./Div. | | | Sold | 03/23/20 | J | | |
| 146.  - - Southern Company | A | Int./Div. | J | T | | | | | |
| 147.  - - TC Energy Corp | A | Int./Div. | J | T | | | | | |
| 148.  - - Unilever PLC Spons ADR | A | Int./Div. | J | T | Buy | 01/23/20 | J | | |
| 149.  - - United Parcel Service - B UPS | A | Int./Div. | | | Sold | 03/19/20 | J | | |
| 150.  - - Ventas, Inc. | A | Int./Div. | | | Sold | 03/19/20 | J | | |
| 151.  - - Verizon Communications | B | Int./Div. | K | T | | | | | |
| 152.  - - Vodafone Group PLC New | A | Int./Div. | J | T | | | | | |
| 153.  - - Welltower, Inc. | A | Int./Div. | | | Sold | 05/12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - - 3M Co | A | Int./Div. | J | T | Buy | 05/19/20 | J | | |
| 155.  - Wells Fargo Acct #3 Money Fund | A | Interest | K | T | | | | | |
| 156.  - - A O Smith | A | Int./Div. | J | T | | | | | |
| 157.  - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 158.  - - Alcon Inc. | | None | J | T | | | | | |
| 159.  - - Amdocs Ltd | A | Int./Div. | J | T | | | | | |
| 160.  - - American Express Company | A | Int./Div. | J | T | Buy | 06/11/20 | J | | |
| 161.  - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 162.  - -Apple, Inc. | A | Int./Div. | J | T | | | | | |
| 163.  - - Berkley WR Corp. | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 164.  - -Berkshire Hathaway Inc. Ser B | A | Int./Div. | J | T | | | | | |
| 165.  - - Boeing Co | A | Int./Div. | J | T | Buy | 05/11/20 | J | | |
| 166.  - - Booz Allen Hamilton Holding Co | A | Int./Div. | J | T | | | | | |
| 167.  - - Boston Scientific Corp | | None | J | T | | | | | |
| 168.  - - BP PLC Spons ADR | A | Int./Div. | | | Sold | 10/23/20 | J | | |
| 169.  - - BWX Technologies Co | A | Int./Div. | J | T | | | | | |
| 170.  - - CDK Global Holdings | A | Int./Div. | | | Sold | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 172.  - - Cinemark Holdings, Inc. | A | Int./Div. | | | Sold | 02/26/20 | J | | |
| 173.  - - Comcast Corp. New CL A | A | Int./Div. | J | T | | | | | |
| 174.  - - Corteva Inc. | A | Int./Div. | J | T | | | | | |
| 175.  - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 176.  - - Dupont De Nemours, Inc. (fna Dow Dupont, Inc. | A | Int./Div. | | | Sold | 03/05/20 | J | | |
| 177.  - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 178.  - - EBAY, Inc. | A | Int./Div. | | | Sold | 01/31/20 | J | A | |
| 179.  - - Entergy Corp New | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 180.  - - Everest RE Group Ltd | A | Int./Div. | J | T | | | | | |
| 181.  - - Fidelity National Information Svcs | A | Int./Div. | J | T | Buy | 02/06/20 | J | | |
| 182.  - - First American Finl Corp | A | Int./Div. | J | T | | | | | |
| 183.  - - First Hawaiian Inc. | A | Int./Div. | | | Sold | 08/21/20 | J | | |
| 184.  - - FISERVE Inc. | | None | J | T | | | | | |
| 185.  - - Gartner Inc. | A | Int./Div. | J | T | Buy | 03/30/20 | J | | |
| 186.  - - Glaxosmithkline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 187.  - - Haemonetics Corp Mass | A | Int./Div. | J | T | Buy | 08/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - - Hasbro, Inc. | A | Int./Div. | J | T | | | | | |
| 189.  - - Hexcel Corp | A | Int./Div. | J | T | | | | | |
| 190.  - - Host Hotels & Resorts | A | Int./Div. | J | T | Buy | 04/09/20 | J | | |
| 191.  - - Huntington Bancshares, Inc. | A | Int./Div. | | | Sold | 02/26/20 | J | | |
| 192.  - - Hudson Pacific PPTYS | A | Int./Div. | J | T | Buy | 04/06/20 | J | | |
| 193.  - - Huntsman Corp | A | Int./Div. | J | T | | | | | |
| 194.  - - IAA Inc. | | None | | | Sold | 01/10/20 | J | A | |
| 195.  - - JPMorgan Chase & Co | A | Int./Div. | J | T | Buy | 02/28/20 | J | | |
| 196.  - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 197.  - -Kansas City Southern New | A | Int./Div. | J | T | Buy | 10/23/20 | J | | |
| 198.  - - Lamar Advertising Co | A | Int./Div. | J | T | | | | | |
| 199.  - - Lauder Estee Cos Inc. | A | Int./Div. | J | T | Buy | 03/17/20 | J | | |
| 200.  - - Lowes Companies Inc. | A | Int./Div. | J | T | | | | | |
| 201.  - - M&T Bank Corp | A | Int./Div. | J | T | | | | | |
| 202.  - - Marathon Petroleum corp | A | Int./Div. | J | T | | | | | |
| 203.  - - Marriott Intl Inc New | | None | J | T | Buy | 12/17/20 | J | | |
| 204.  - - Medtronic PLC | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.　- - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 206.　- - Mondelez Intl Inc | A | Int./Div. | J | T | | | | | |
| 207.　- - Nisource Inc. | A | Int./Div. | J | T | Buy | 01/10/20 | J | | |
| 208.　- - Nuvasive Inc | | None | J | T | | | | | |
| 209.　- - Parker-Hannifin Corp | A | Int./Div. | | | Sold | 06/05/20 | J | A | |
| 210.　- - Paypal Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 211.　- - Pepsico Inc. | A | Int./Div. | J | T | Buy | 03/13/20 | J | | |
| 212.　- - Pfizer Inc | A | Int./Div. | J | T | | | | | |
| 213.　- - Pioneer Nat Res Co | A | Int./Div. | J | T | | | | | |
| 214.　- - PPL Corp. | A | Int./Div. | | | Sold | 12/16/20 | J | | |
| 215.　- - Proctor & Gamble Co. | A | Int./Div. | J | T | | | | | |
| 216.　- - Progressive Corp Ohio | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 217.　- - Raytheon Technologies Corp | A | Int./Div. | J | T | Buy | 12/16/20 | J | | |
| 218.　- - Ross Stores Inc. | A | Int./Div. | J | T | Buy | 08/18/20 | J | | |
| 219.　- - Royal Dutch Shell PLC | A | Int./Div. | | | Sold | 07/30/20 | J | | |
| 220.　- - SS&C Technologies | A | Int./Div. | J | T | | | | | |
| 221.　- - Store Capital Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 223.  - - TE Connectivity Ltd | A | Int./Div. | J | T | | | | | |
| 224.  - - TEX PAC Land TR | A | Int./Div. | J | T | Buy | 06/12/20 | J | | |
| 225.  - - Truist Finl Corp TFC | A | Int./Div. | | | Sold | 04/01/20 | J | | |
| 226.  - - Ulta Beauty Inc. | | None | J | T | | | | | |
| 227.  - - Unilever NV | A | Int./Div. | | | Sold | 03/05/20 | J | | |
| 228.  - - United Bankshares Inc. | A | Int./Div. | | | Sold | 02/28/20 | J | | |
| 229.  - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 230.  - - Viatris Inc. | | None | J | T | Buy | 11/20/20 | J | | |
| 231.  - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 232.  - - Waters Corp. | | None | | | Sold | 03/13/20 | J | | |
| 233.  - - Woodward Inc. | A | Int./Div. | J | T | | | | | |
| 234.  - - Zimmer Biomet Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 235.  - - 3M Co. | A | Int./Div. | | | Sold | 05/19/20 | J | | |
| 236.  - Wells Fargo Acct #4 Money Fund | A | Interest | J | T | | | | | |
| 237.  - - Alphabet Inc CL A | | None | J | T | | | | | |
| 238.  - - Amphenol Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 240.  - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 241.  - - Booking Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 242.  - -Broadridge Financial Solutions | A | Int./Div. | J | T | | | | | |
| 243.  - - Checkpoint Software Tech | | None | | | Sold | 02/20/20 | J | A | |
| 244.  - - Cintas Corp | A | Int./Div. | J | T | Buy | 05/15/20 | J | | |
| 245.  - - Citrix Systems Inc. | A | Int./Div. | J | T | Buy | 08/20/20 | J | | |
| 246.  - - Constellation Brands Inc. CL A | | Int./Div. | J | T | | | | | |
| 247.  - - Copart, Inc. | | None | J | T | Buy | 04/07/20 | J | | |
| 248.  - - CVS Health Corp | A | Int./Div. | | | Sold | 07/27/20 | J | | |
| 249.  - - Disney Walt Company | A | Int./Div. | J | T | | | | | |
| 250.  - - Dollar Tree Stores, Inc. | A | Int./Div. | | | Sold | 03/27/20 | J | | |
| 251.  - - Facebook, Inc. CL A | | None | J | T | | | | | |
| 252.  - - Fiserve Inc. | | None | J | T | Buy | 01/08/20 | J | | |
| 253.  - - Fleetcor Technologies | | None | J | T | | | | | |
| 254.  - - Fortune Brands Home & Security | A | Int./Div. | J | T | | | | | |
| 255.  - - Intuit Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - - Littlefuse, Inc. | A | Int./Div. | | | Sold | 01/16/20 | J | A | |
| 257.  - - Lowes Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 258.  - - Markel Corp | | None | J | T | | | | | |
| 259.  - - Mastercard Inc. CL A | A | Int./Div. | J | T | | | | | |
| 260.  - - Match Group, Inc. | | None | J | T | Buy | 07/27/20 | J | | |
| 261.  - - Middleby Corp | A | Int./Div. | | | Sold | 03/19/20 | J | A | |
| 262.  - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 263.  - - Paypal Holdings | A | Int./Div. | J | T | Buy | 02/26/20 | J | | |
| 264.  - - Phillips 66 | A | Int./Div. | | | Sold | 12/29/20 | J | | |
| 265.  - - S&P Global, Inc. | A | Int./Div. | J | T | | | | | |
| 266.  - - Sherwin Williams Co. | A | Int./Div. | J | T | | | | | |
| 267.  - - Steris PLC | A | Int./Div. | J | T | Buy | 03/27/20 | J | | |
| 268.  - - Take-Two Interactive Software | | None | J | T | Buy | 10/06/20 | J | | |
| 269.  - - Teleflex Inc. | A | Int./Div. | J | T | Buy | 11/17/20 | J | | |
| 270.  - - Thermo Fisher Scientific Inc. | A | Int./Div. | J | T | | | | | |
| 271.  - - TJX Cos Inc. New | A | Int./Div. | J | T | | | | | |
| 272.  - - Ulta Beauty, Inc. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  - -Union Pacific Corp | A | Int./Div. | | | Sold | 04/02/20 | J | B | |
| 274.  - - US Foods Holdings Corp | | None | | | Sold | 08/20/20 | J | | |
| 275.  - - Wells Fargo & Co New | A | Int./Div. | | | Sold | 06/26/20 | J | | |
| 276.  - - Western Alliance Bancorp | | None | | | Sold | 12/02/20 | J | | |
| 277.  - - Zebra Technologies Corp | | None | J | T | | | | | |
| 278.  - - Brokerage Account - Morgan Stanley Money Fund | A | Interest | K | T | | | | | |
| 279.  - - Goldman Sachs Access Tre | A | Int./Div. | K | T | Buy<br>(add'l) | 03/27/20 | K | | |
| 280.  - - IShares Core US Aggregate | A | Interest | K | T | | | | | |
| 281.  - - Harding Loevner Intl Equity Inst | A | Interest | L | T | | | | | |
| 282.  - - IShares JP Morgan EM Bond Fd | A | Interest | J | T | | | | | |
| 283.  - - IShares S&P Sm Cap 600 Val | A | Interest | K | T | | | | | |
| 284.  - - IShares Short Maturity Bond | A | Interest | | | Sold | 10/26/20 | K | | |
| 285.  - - IShares Sm Cap 600 Growth | A | Interest | | | Sold | 02/03/20 | K | C | |
| 286.  - - IShares S&P Mid Cap 400 Growth | A | Interest | K | T | | | | | |
| 287.  - - Janus Henderson Sht Dur Inc ETF | A | Interest | K | T | | | | | |
| 288.  - - JPM Diversified RET Intl EQ | A | Interest | K | T | | | | | |
| 289.  - - JPMorgan Ultra-Short Inc ETF | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - - Proshares TR S&P 500 DV ARIST (NOBL) | A | Interest | K | T | Buy (add'l) | 04/02/20 | J | | |
| 291. - - Vanguard Growth ETF | A | Interest | L | T | | | | | |
| 292. - - Vanguard High Div Yield ETF | A | Interest | K | T | Buy | 03/31/20 | K | | |
| 293. - - Vanguard Index Funds S&P 500 ETF | B | Interest | L | T | | | | | |
| 294. - - Vanguard Mid Cap Value ETF | A | Interest | K | T | | | | | |
| 295. - - VictoryShares US Larg Cap | B | Interest | K | T | | | | | |
| 296. - - Blackstone Alt Mult-Strat Inst | A | Interest | | | Sold | 06/30/20 | K | | |
| 297. - - Catalyst Millburn Hgd Strat I | A | Interest | | | Sold | 04/02/20 | J | | |
| 298. - - First Eagle Global A | A | Interest | | | Sold | 03/27/20 | K | | |
| 299. - - American Balanced F2 | A | Interest | J | T | Buy | 06/30/20 | J | | |
| 300. - - Franklin K2 Alternative Strtgs ADV | A | Interest | K | T | | | | | |
| 301. - - Vanguard REIT | A | Interest | | | Sold | 05/12/20 | J | C | |
| 302. - - Janus Henderson Flexible Bond I (JFLEX) | A | Interest | K | T | | | | | |
| 303. - - JPMorgan Hedged Equity I | A | Interest | J | T | Buy | 06/30/20 | J | | |
| 304. - - Virtus Insight Emerging Markets I | A | Interest | K | T | | | | | |
| 305. - - Symetra Universal Life Insurance Policy | C | Interest | M | U | | | | | |
| 306. Condominium in Snowmass, Colorado | E | Rent | O | W | Sold | 10/01/20 | O | G | Basset Family Propert, LTD |

---

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.    property - Snowmass, CO ** | | | P1 | W | Closed | 12/31/20 | P1 | | |
| 308.  NJH Associates, Partner (New York, NY)<br>(lines 309-312) | | | | | | | | | |
| 309.  - BJW Associates Real Estate NYC | G | Rent | P1 | W | | | | | |
| 310.  - First Sutton Assoc Real Estate NYC | C | Rent | K | W | | | | | |
| 311.  - Asbury Plaza Venture, Real Estate,<br>Chicago | E | Rent | O | W | | | | | |
| 312.  - Lincoln Terrace Assoc. NYC | E | Rent | L | W | | | | | |
| 313.  NJHA Assoc., Partner | | None | | | Distributed | 01/01/20 | J | | |
| 314.  2001 Trust, shared beneficial interest (lines<br>315-324) (H) | | | | | | | | | |
| 315.  - - JPM Cash / Money Funds | D | Interest | O | T | | | | | |
| 316.  - - JPM Private Equity (see lines 307-314) | | | | | | | | | |
| 317.  - - JPM Tax Free MM | B | Interest | L | T | | | | | |
| 318.  - - PEG Digital Growth Fund II, LP | F | Int./Div. | N | T | | | | | |
| 319.  - - Apollo EPF III Private Investors LLC | B | Int./Div. | M | U | | | | | |
| 320.  - - Kona III Private Investors, LLC | E | Int./Div. | N | U | | | | | |
| 321.  - - PEG Secondary Private Equity Investors<br>III LP | C | Int./Div. | M | T | | | | | |
| 322.  - - PEG Secondary Private Equity Investors<br>LLC | B | Int./Div. | L | U | | | | | |
| 323.  - - SLP V Private Investors LLC | | None | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 324.  - Vintage 2014 Private Investments, LLC | B | Int./Div. | M | U | | | | | |
| 325. 2006 Trust, shared beneficial interest (H) | | | | | | | | | |
| 326.  - - JPM Cash/Money Funds | | None | | | Distributed | 01/01/20 | J | | |
| 327. 2007 Trust, shared beneficial interest (lines 328-331) (H) | | | | | | | | | |
| 328.  - - JPM Cash/Money Funds | B | Interest | M | T | | | | | |
| 329.  - - AP IXZ (APAX) Private Investors | D | Int./Div. | N | T | | | | | |
| 330.  - - Apollo EPF III Private Investors LLC | D | Int./Div. | M | U | | | | | |
| 331.  - - PEG Secondary Private Equity Investors, LLC | D | Int./Div. | M | U | | | | | |
| 332. LTR 2010 Trust, shared beneficial interest- lines 333-874 (H) | | | | | | | | | |
| 333.  - - RAI SPV2, LLC | | None | O | U | | | | | |
| 334.  - - Residential Fund 321, LLC | | None | J | U | | | | | |
| 335.  - - NADG NNN Property Fund | D | Int./Div. | M | T | | | | | |
| 336.  - - NADG US Supermarket Anchored Fund | E | Int./Div. | O | T | | | | | |
| 337.  - - NADG Real Estate Opportunity Fund | F | Interest | M | T | | | | | |
| 338.  - - Ann Arbor Realty Ventures, LP | | None | L | T | | | | | |
| 339.  - - Suvola Corp. | | None | L | T | | | | | |
| 340.  - - (H) Lincoln Life Ins Policy;Variable Life;Insured: HW | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.   - - - LVIP Vanguard Domestic Equity (789) | A | Int./Div. | K | T | | | | | |
| 342.   - - - -AM Fds Growth-Inc Fund (C2) (853) | A | Int./Div. | K | T | | | | | |
| 343.   - - - Del VIP REIT Series (Std Cls) (856) | A | Int./Div. | K | T | | | | | |
| 344.   - - - LVIP GlobalMod Alloc MR SC (957) | A | Int./Div. | O | T | | | | | |
| 345.   - - Triarq Health Corp./Triarq Capital LLC | D | Int./Div. | M | T | | | | | |
| 346.   - - Loans Receivable from HW | A | Interest | P1 | T | | | | | |
| 347.   - - NADG US Core Plus Acquisition Fund | D | Int./Div. | N | T | | | | | |
| 348.   - - Loan to Unit 610, LLC | | None | N | U | | | | | |
| 349.   - - Worthington Wood Apartments, LLC | G | Distribution | | | Distributed | 09/16/20 | L | | |
| 350.   - - South University North, LLC | | None | K | U | | | | | |
| 351.   - - Eastham Capital Fund | D | Distribution | K | T | | | | | |
| 352.   - - Northern Trust checking acct | | None | L | T | | | | | |
| 353.   - - Northern Trust Investment Account (see lines 355-825) | | | | | | | | | |
| 354.   - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 355.   - - Abbvie, Inc. | A | Int./Div. | J | T | | | | | |
| 356.   - - Accenture PLC SHS CL A New | A | Int./Div. | J | T | | | | | |
| 357.   - - Activision Blizzard, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  - - Adobe Systems | | None | J | T | | | | | |
| 359.  - - Advanced Micro Devices Inc. | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 360.  - - Aflac, Inc. | A | Int./Div. | J | T | | | | | |
| 361.  - - Air Products and Chemicals | A | Int./Div. | J | T | | | | | |
| 362.  - - Alexion Pharmaceuticals | | None | J | T | | | | | |
| 363.  - - Allergan PLC | A | Int./Div. | J | T | | | | | |
| 364.  - - Allstate Corp | A | Int./Div. | J | T | | | | | |
| 365.  - - Alphabet, Class A | | None | K | T | | | | | |
| 366.  - - Alphabet, Class C | | None | K | T | | | | | |
| 367.  - Altria Group | A | Int./Div. | J | T | | | | | |
| 368.  - -Amazon, Inc. | | None | K | T | | | | | |
| 369.  - - Amcor PLC Ord | A | Int./Div. | J | T | Buy | 04/07/20 | J | | |
| 370.  - - American Electric Power, Inc. | A | Int./Div. | J | T | | | | | |
| 371.  - - American Express Co. | A | Int./Div. | J | T | | | | | |
| 372.  - - American International Group | A | Int./Div. | J | T | | | | | |
| 373.  - - American Tower Corp | A | Int./Div. | J | T | | | | | |
| 374.  - - AmerisourceBergen Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - - Amgen, Inc. | A | Int./Div. | J | T | | | | | |
| 376.  - - Amphenol Corp New CL A | A | Int./Div. | J | T | | | | | |
| 377.  - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 378.  - - Anthem, Inc. | A | Int./Div. | J | T | | | | | |
| 379.  - - AON PLC | A | Int./Div. | J | T | | | | | |
| 380.  - - Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 381.  - - Applied Materials, Inc. | A | Int./Div. | J | T | | | | | |
| 382.  - - Archer Daniels Midland Co. | A | Int./Div. | J | T | | | | | |
| 383.  - - AT&T, Inc. | A | Int./Div. | J | T | | | | | |
| 384.  - - Autodesk, Inc. | A | Int./Div. | J | T | | | | | |
| 385.  - - Automatic Data Processing | A | Int./Div. | J | T | | | | | |
| 386.  - - Autozone, Inc. | | None | J | T | | | | | |
| 387.  - - Avalon Bay Communities | A | Int./Div. | | | Sold | 06/10/20 | J | | |
| 388.  - - Baker Hughes, Inc. | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 389.  - - Bank New York Mellon | A | Int./Div. | | | Sold | 07/13/20 | J | A | |
| 390.  - - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 391.  - - Baxter International, Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.  - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 393.  - - Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 394.  - -Biogen Idec, Inc. | | None | J | T | | | | | |
| 395.  - - Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 396.  - - Boeing Co. | A | Int./Div. | J | T | | | | | |
| 397.  - - Bookings Holdings | | None | J | T | | | | | |
| 398.  - - Boston Scientific Corp | | None | J | T | | | | | |
| 399.  - -Bristol Myers Squibb | A | Int./Div. | J | T | | | | | |
| 400.  - -Broadcom Corp CL A | A | Int./Div. | J | T | | | | | |
| 401.  - - Capital One Financial | A | Int./Div. | J | T | | | | | |
| 402.  - - Carnival Corp. | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 403.  - -Caterpillar, Inc. | A | Int./Div. | J | T | | | | | |
| 404.  - - Centene Corp Del | | None | J | T | Buy | 03/05/20 | J | | |
| 405.  - - Charter Communications Inc. | | None | J | T | | | | | |
| 406.  - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 407.  - - Chubb Corp | A | Int./Div. | J | T | | | | | |
| 408.  - - Cigna Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. - - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 410. - - Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 411. - - CME Group, Inc. | A | Int./Div. | J | T | | | | | |
| 412. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 413. - - Cognizant Technology Solutions | | None | J | T | | | | | |
| 414. - -Colgate-Palmolive Co. | A | Int./Div. | J | T | | | | | |
| 415. - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 416. - - Concho Res Inc. | | None | J | T | | | | | |
| 417. - - Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 418. - - Consolidated Edison | A | Int./Div. | J | T | | | | | |
| 419. - - Constellation Brands | A | Int./Div. | J | T | | | | | |
| 420. - - Corning, Inc. | A | Int./Div. | J | T | | | | | |
| 421. - - Corteva, Inc. | A | Int./Div. | J | T | | | | | |
| 422. - -Costco Wholesale Corp | A | Int./Div. | J | T | | | | | |
| 423. - - Crown Castle Int'l | A | Int./Div. | J | T | | | | | |
| 424. - - CSX Corp | A | Int./Div. | J | T | | | | | |
| 425. - - CVS Health Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  - -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 427.  - - Deere & Co. | A | Int./Div. | J | T | | | | | |
| 428.  - - Delta Air Lines | A | Int./Div. | J | T | | | | | |
| 429.  - - Digital Rlty TR | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 430.  - -Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 431.  - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 432.  - - Dollar Tree, Inc. | | None | J | T | | | | | |
| 433.  - - Dominion Energy (fna Dominion Resources) | A | Int./Div. | J | T | | | | | |
| 434.  - - Dow Dupont (fna Dow Chemical) | A | Int./Div. | J | T | | | | | |
| 435.  - - Duke Energy Corp New | A | Int./Div. | J | T | | | | | |
| 436.  - -Dupont De Nemours, Inc. | A | Int./Div. | J | T | | | | | |
| 437.  - - DXE Technology Co | A | Int./Div. | J | T | | | | | |
| 438.  - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 439.  - - EBay, Inc. | | None | J | T | | | | | |
| 440.  - -Ecolab, Inc. | A | Int./Div. | J | T | | | | | |
| 441.  - - Electronic Arts | | None | J | T | | | | | |
| 442.  - - Eli Lilly & Co | A | Int./Div. | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  - Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 444.  - - EOG Resources | A | Int./Div. | | | Sold | 09/14/20 | J | | |
| 445.  - - Equity Residential | A | Int./Div. | | | Sold | 10/15/20 | J | A | |
| 446.  - -Estee Lauder Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 447.  - - Exelon Corp | A | Int./Div. | J | T | | | | | |
| 448.  - -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |
| 449.  - -Facebook, Inc. | | None | K | T | | | | | |
| 450.  - - FedEx Corp | A | Int./Div. | J | T | | | | | |
| 451.  - - Fidelity National Inf Svc | A | Int./Div. | J | T | | | | | |
| 452.  - - Fifth Third Bancorp | A | Int./Div. | J | T | | | | | |
| 453.  - - Fiserve, Inc. | | None | J | T | | | | | |
| 454.  - - Fleetcor Technologies | | None | J | T | | | | | |
| 455.  - - Ford Motor Co Del | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 456.  - - Fortive Corp | A | Int./Div. | J | T | | | | | |
| 457.  - - Freeport McMoran, Inc. | A | Int./Div. | J | T | | | | | |
| 458.  - - General Dynamics Corp | A | Int./Div. | | | Sold | 05/08/20 | J | | |
| 459.  - - General Electric Co | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  - - General Mills, Inc. | A | Int./Div. | J | T | | | | | |
| 461.  - - General Motors Co. | A | Int./Div. | J | T | | | | | |
| 462.  - -Gilead Sciences, inc. | A | Int./Div. | J | T | | | | | |
| 463.  - - Goldman Sachs Group Inc. | A | Int./Div. | J | T | | | | | |
| 464.  - - HCA Healthcare Inc. COM | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 465.  - - Halliburton Co | A | Int./Div. | J | T | | | | | |
| 466.  - - Hershey Company | A | Int./Div. | J | T | | | | | |
| 467.  - - Hess Corp Com | A | Int./Div. | J | T | | | | | |
| 468.  - - Hewlett Packard Ent | A | Int./Div. | J | T | | | | | |
| 469.  - - Home Depot, Inc. | A | Int./Div. | J | T | | | | | |
| 470.  - - Honeywell Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 471.  - - HP Inc. | A | Int./Div. | J | T | | | | | |
| 472.  - - Humana, Inc. | A | Int./Div. | J | T | | | | | |
| 473.  - - Huntington Bancshares | A | Int./Div. | J | T | | | | | |
| 474.  - - Illinois Tool Works | A | Int./Div. | J | T | | | | | |
| 475.  - - Illumina Inc. | | None | J | T | | | | | |
| 476.  - - Ingersoll-Rand PLC | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 478.  - - Intercontinental Exchange Group | A | Int./Div. | J | T | | | | | |
| 479.  - - International Business Machines | A | Int./Div. | | | Sold | 11/20/20 | J | | |
| 480.  - - International Paper Co. | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 481.  - - Intuit | A | Int./Div. | J | T | | | | | |
| 482.  - - Intiutive Surgical | | None | J | T | | | | | |
| 483.  - - Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 484.  - - Johnson Controls, Inc. | A | Int./Div. | | | Sold | 10/15/20 | J | A | |
| 485.  - - JPMorgan Chase & Co. | A | Int./Div. | K | T | | | | | |
| 486.  - - Kellogg Co | A | Int./Div. | J | T | | | | | |
| 487.  - -Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 488.  - Kinder Morgan Inc. | A | Int./Div. | | | Sold | 12/15/20 | J | A | |
| 489.  - - Kraft Heinz Co | A | Int./Div. | J | T | | | | | |
| 490.  - - Lam Resh Corp | A | Int./Div. | J | T | | | | | |
| 491.  - - Linde PLC Com | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 492.  - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 493.  - - Lowes Cos, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494.   - -Lyondellbasell Industries | A | Int./Div. | J | T | | | | | |
| 495.   - - L3Harris Technologies Inc. | A | Int./Div. | J | T | | | | | |
| 496.   - -Marathon Pete Corp | A | Int./Div. | J | T | | | | | |
| 497.   - - Marriott Int'l | A | Int./Div. | J | T | | | | | |
| 498.   - - Marsh & McLennan Co's | A | Int./Div. | J | T | | | | | |
| 499.   - -Mastercard, Inc. | A | Int./Div. | J | T | | | | | |
| 500.   - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 501.   - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 502.   - - Merck & Co | A | Int./Div. | J | T | | | | | |
| 503.   - - MetLife, Inc. | A | Int./Div. | J | T | | | | | |
| 504.   - - MFC IShares Trust Global Infrastructure | B | Int./Div. | K | T | | | | | |
| 505.   - - MGM Resorts Intl | A | Int./Div. | J | T | | | | | |
| 506.   - - Micron Technology Inc. | | None | J | T | | | | | |
| 507.   - -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 508.   - - Mondelez Int'l | A | Int./Div. | J | T | | | | | |
| 509.   - - Monster Beverage | | None | J | T | | | | | |
| 510.   - - Moody's Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  - - Morgan Stanley | A | Int./Div. | J | T | | | | | |
| 512.  - - Netflix, Inc. | | None | J | T | | | | | |
| 513.  - - Nextera Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 514.  - -Nike, Inc. Class B | A | Int./Div. | J | T | | | | | |
| 515.  - - Noble Energy Inc. | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 516.  - - Norfolk Southern Corp | A | Int./Div. | J | T | | | | | |
| 517.  - - Northrop Grumman Corp | A | Int./Div. | J | T | | | | | |
| 518.  - - Nucor Corp. | A | Int./Div. | J | T | | | | | |
| 519.  - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 520.  - - O'Reilly Automotive | | None | J | T | | | | | |
| 521.  - - Occidential Petroleum | A | Int./Div. | J | T | | | | | |
| 522.  - - Oracle Corp | A | Int./Div. | J | T | | | | | |
| 523.  - - PacCar, Inc. | A | Int./Div. | J | T | | | | | |
| 524.  - - Paychex, Inc. | A | Int./Div. | J | T | | | | | |
| 525.  - - Paypal Holdings, Inc. | | None | J | T | | | | | |
| 526.  - - Pepsico, Inc. | A | Int./Div. | J | T | | | | | |
| 527.  - - Pfizer, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528.  - -Philip Morris Intl | A | Int./Div. | J | T | | | | | |
| 529.  - - Phillips 66 | A | Int./Div. | J | T | | | | | |
| 530.  - - Pioneer Natural Resources | A | Int./Div. | J | T | | | | | |
| 531.  - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 532.  - - PPG Industries, Inc. | A | Int./Div. | J | T | | | | | |
| 533.  - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 534.  - - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 535.  - - Progressive Corp | A | Int./Div. | J | T | | | | | |
| 536.  - - Prologis, Inc. | A | Int./Div. | J | T | | | | | |
| 537.  - - Prudential Financial, Inc. | A | Int./Div. | J | T | | | | | |
| 538.  - - Public Service Ent. Group | A | Int./Div. | | | Buy | 05/08/20 | J | | |
| 539.  - - Public Storage | A | Int./Div. | J | T | | | | | |
| 540.  - - Qualcomm, Inc. | A | Int./Div. | J | T | | | | | |
| 541.  - - Raython Co | A | Int./Div. | J | T | | | | | |
| 542.  - -Regeneron Pharmaceuticals, Inc. | | None | J | T | | | | | |
| 543.  - - Republic Svcs Inc. | A | Int./Div. | J | T | | | | | |
| 544.  - - Roper Technologies Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545.  - -Ross Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 546.  - - Royal Caribbean Cruises | A | Int./Div. | J | T | | | | | |
| 547.  - - S&P Global Inc. | A | Int./Div. | J | T | | | | | |
| 548.  - -SalesForce Com, Inc. | | None | J | T | | | | | |
| 549.  - - Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 550.  - - Schwab Charles Corp | A | Int./Div. | J | T | | | | | |
| 551.  - - Seagate Technology PLC | A | Int./Div. | J | T | | | | | |
| 552.  - - Sempra Energy Inc | A | Int./Div. | J | T | | | | | |
| 553.  - - ServiceNow, Inc. | | None | J | T | Buy | 05/08/20 | J | | |
| 554.  - - Simon Property Group, Inc. | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 555.  - - Southern Co. | A | Int./Div. | J | T | | | | | |
| 556.  - - Southwest Airlines | A | Int./Div. | | | Sold | 07/13/20 | J | | |
| 557.  - - Stanley Black & Decker Inc. | A | Int./Div. | J | T | | | | | |
| 558.  - -Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 559.  - - Stryker Corp | A | Int./Div. | J | T | | | | | |
| 560.  - - Synchrony Financial | A | Int./Div. | J | T | | | | | |
| 561.  - - Sysco Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - - T-Mobile US Inc. | A | Int./Div. | J | T | Buy | 05/08/20 | J | | |
| 563.  - - Target Corp | A | Int./Div. | J | T | | | | | |
| 564.  - - TE Connectivity Ltd | A | Int./Div. | J | T | | | | | |
| 565.  - - Tesla Inc. | | None | J | T | Buy | 12/16/20 | J | | |
| 566.  - - Techni CN Comm | A | Int./Div. | J | T | | | | | |
| 567.  - - Texas Instruments, Inc. | A | Int./Div. | J | T | | | | | |
| 568.  - - Thermo Fisher Corp | A | Int./Div. | J | T | | | | | |
| 569.  - -TJX Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 570.  - - Trane Technologies PLC | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 571.  - - Travelers Cos. | A | Int./Div. | J | T | | | | | |
| 572.  - - Tyson Foods, Inc. | A | Int./Div. | J | T | | | | | |
| 573.  - - Twitter Inc. | | None | J | T | Buy | 04/07/20 | J | | |
| 574.  - - Union PAC Corp | A | Int./Div. | J | T | | | | | |
| 575.  - - United Airlines Holdings Inc. | | None | J | T | | | | | |
| 576.  - -United Parcel Svc | A | Int./Div. | J | T | | | | | |
| 577.  - - United Technologies | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 578.  - - UnitedHealthcare Group | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579.  - - US Bancorp | A | Int./Div. | | | Sold | 05/08/20 | J | | |
| 580.  - - VF Corp | A | Int./Div. | J | T | | | | | |
| 581.  - - Valero Energy Corp | A | Int./Div. | J | T | | | | | |
| 582.  - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 583.  - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 584.  - - Vertex Pharmaceuticals | | None | J | T | | | | | |
| 585.  - - Visa, Inc. | A | Int./Div. | J | T | | | | | |
| 586.  - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 587.  - -Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 588.  - - Waste Management, Inc. | A | Int./Div. | J | T | | | | | |
| 589.  - - Welltower Inc. | A | Int./Div. | J | T | | | | | |
| 590.  - - Western Digital Corp. | A | Int./Div. | | | Sold | 11/20/20 | J | A | |
| 591.  - - Wells Fargo & Co New | A | Int./Div. | K | T | | | | | |
| 592.  - - Weyerhaeuser Co. | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 593.  - - Williams Company | A | Int./Div. | J | T | | | | | |
| 594.  - - XCEL Energy | A | Int./Div. | J | T | | | | | |
| 595.  - -Yum Brands, Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596.  - -Zimmer Biomet Holdings | A | Int./Div. | J | T | | | | | |
| 597.  - - Zoetis, Inc. | A | Int./Div. | J | T | | | | | |
| 598.  - - 3M Co | A | Int./Div. | J | T | | | | | |
| 599.  - - AES Corp | A | Int./Div. | J | T | | | | | |
| 600.  - - Agilent Technologies | A | Int./Div. | J | T | | | | | |
| 601.  - - Affiliated Managers Group | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 602.  - - Alaska Air Group, Inc. | A | Int./Div. | J | T | | | | | |
| 603.  - - Allegion PLC | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 604.  - - Alliance Data Sys Corp | A | Int./Div. | J | T | | | | | |
| 605.  - - American Airlines Inc. | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 606.  - - Apache Corp | A | Int./Div. | J | T | | | | | |
| 607.  - - Ametek, Inc. | A | Int./Div. | J | T | | | | | |
| 608.  - -Apartment Invt & Mgmt Co | A | Int./Div. | J | T | | | | | |
| 609.  - - Atmos Energy Corp | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 610.  - - Avery Dennison Corp | A | Int./Div. | J | T | | | | | |
| 611.  - - Ball Corp | A | Int./Div. | J | T | | | | | |
| 612.  - - Best Buy, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  - - Block, H & R, Inc. | A | Int./Div. | J | T | | | | | |
| 614.  - - Brown - Forman, Inc. | A | Int./Div. | J | T | | | | | |
| 615.  - - Brighthouse Financial | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 616.  - - CH Robinson Worldwide | A | Int./Div. | J | T | | | | | |
| 617.  - -Cabot Oil & Gas Corp | A | Int./Div. | J | T | | | | | |
| 618.  - -Campbell Soup Co. | A | Int./Div. | J | T | | | | | |
| 619.  - - Cardinal Health | | None | J | T | | | | | |
| 620.  - - Carmax, Inc. | | None | J | T | | | | | |
| 621.  - - Carnival Corp | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 622.  - - CBOE Global Markets | A | Int./Div. | J | T | | | | | |
| 623.  - - CBRE Group, Inc. | | None | J | T | | | | | |
| 624.  - - Celanese Corp | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 625.  - - Centene Corp Del | | None | | | Sold | 11/20/20 | J | | |
| 626.  - - Centerpoint Energy | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 627.  - - Century Link Inc. | A | Int./Div. | J | T | | | | | |
| 628.  - -CF Inds Holds, Inc. | A | Dividend | J | T | | | | | |
| 629.  - - Cimarex Energy | A | Int./Div. | | | Sold | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630.  - - Cincinnati Financial Corp | A | Int./Div. | J | T | | | | | |
| 631.  - - Cintas Corp | A | Int./Div. | J | T | | | | | |
| 632.  - - Citizens Financial Group | A | Int./Div. | J | T | | | | | |
| 633.  - - Citrix Systems | | None | J | T | | | | | |
| 634.  - - Clorox Co | A | Int./Div. | J | T | | | | | |
| 635.  - - CMS Energy Corp | A | Int./Div. | J | T | | | | | |
| 636.  - -Comerica, Inc. | A | Int./Div. | J | T | | | | | |
| 637.  - - Conagra Brands Inc. | A | Int./Div. | J | T | | | | | |
| 638.  - - Consol Energy Inc. | A | Int./Div. | | | Sold | 08/13/20 | J | A | |
| 639.  - - Coty Inc. | A | Int./Div. | | | Sold | 09/14/20 | J | | |
| 640.  - - DR Horton, Inc. | A | Int./Div. | J | T | | | | | |
| 641.  - - Darden Restaurants, Inc. | A | Int./Div. | J | T | | | | | |
| 642.  - - Dentsply Int'l | A | Int./Div. | J | T | | | | | |
| 643.  - - Dexcom Inc. | | None | J | T | Buy | 07/13/20 | J | | |
| 644.  - - Diamondback Energy | A | Int./Div. | | | Sold | 03/05/20 | J | | |
| 645.  - - Discovery Inc. | | None | J | T | | | | | |
| 646.  - - Dish Network Corp | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  - - Dover Corp | A | Int./Div. | J | T | | | | | |
| 648.  - - DTE Energy Co | A | Int./Div. | J | T | | | | | |
| 649.  - -E Trade Financial | | None | | | Sold | 01/30/20 | J | | |
| 650.  - - Eastman Chemical Co | A | Int./Div. | J | T | | | | | |
| 651.  - - Edison Intl | A | Int./Div. | J | T | Buy | 04/07/20 | J | | |
| 652.  - - Elanco Animal Health Inc. | A | Int./Div. | J | T | | | | | |
| 653.  - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 654.  - - EOG Resources Inc. | A | Int./Div. | J | T | Buy | 05/08/20 | J | | |
| 655.  - - Equifax, Inc. | A | Int./Div. | J | T | | | | | |
| 656.  - - Evergy Inc. | A | Int./Div. | | | Sold | 11/20/20 | J | A | |
| 657.  - - Eversource Energy | A | Int./Div. | J | T | | | | | |
| 658.  - - Extra Space Storage | A | Int./Div. | J | T | Buy | 05/08/20 | J | | |
| 659.  - - Fastenal Co. | A | Int./Div. | J | T | | | | | |
| 660.  - - Federal Realty Inv. TR | A | Int./Div. | J | T | | | | | |
| 661.  - - FirstEnergy Corp | A | Int./Div. | | | Sold | 11/20/20 | J | | |
| 662.  - - Flir Systems, Inc. | A | Int./Div. | | | Sold | 09/14/20 | J | A | |
| 663.  - - FMC Technologies, Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  - - Fortune Brands Home & Sec | A | Int./Div. | J | T | | | | | |
| 665.  - - Fox Corp CL B | A | Int./Div. | J | T | Buy | 04/07/20 | J | | |
| 666.  - - Frankin Res Inc. | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 667.  - - F5 Networks Inc. | A | Int./Div. | J | T | | | | | |
| 668.  - - GAP Inc. | | None | J | T | Buy | 01/30/20 | J | | |
| 669.  - - Gartner Inc. | A | Int./Div. | J | T | | | | | |
| 670.  - -Genuine Parts Co | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 671.  - - Globe Life Inc. | A | Int./Div. | J | T | | | | | |
| 672.  - - Grainger WW Inc. | | None | J | T | | | | | |
| 673.  - - Hanesbrands, Inc. | A | Int./Div. | | | Sold | 03/05/20 | J | | |
| 674.  - - Harley Davidson | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 675.  - - Hasbro Inc. | A | Int./Div. | J | T | | | | | |
| 676.  - - Helmerich & Payne, Inc. | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 677.  - - Henry Schein Inc. | | None | | | Sold | 11/20/20 | J | A | |
| 678.  - - Hologic Inc. | | None | J | T | Buy | 07/13/20 | J | | |
| 679.  - - Hormel Foods Corp | A | Int./Div. | J | T | | | | | |
| 680.  - - Host Hotels & Resorts | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681.  - - Howmet Aerospace Inc. | A | Int./Div. | J | T | Buy | 07/13/20 | J | | |
| 682.  - - Incyte Corp | | None | J | T | | | | | |
| 683.  - - International Flavors & Fragrances | A | Int./Div. | | | Sold | 11/20/20 | J | | |
| 684.  - - Interpublic Group of Companies | A | Int./Div. | | | Sold | 06/10/20 | J | | |
| 685.  - - Iron Mtn Inc | A | Int./Div. | J | T | | | | | |
| 686.  - - Invesco Ltd | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 687.  - - Iqvia Holdings | | None | J | T | Buy | 06/10/20 | J | | |
| 688.  - - Jacobs Energy Group | A | Int./Div. | J | T | | | | | |
| 689.  - - Jefferies Finl | A | Int./Div. | | | Sold | 06/10/20 | J | A | |
| 690.  - - KeyCorp New | A | Int./Div. | J | T | | | | | |
| 691.  - - Keysight Technologies | | None | J | T | Buy | 10/15/20 | J | | |
| 692.  - - Kimco Realty Corp | A | Int./Div. | | | Sold | 08/13/20 | J | A | |
| 693.  - - Kla-Tencor Corp | A | Int./Div. | J | T | | | | | |
| 694.  - - L Brands Inc | A | Int./Div. | | | Sold | 05/08/20 | J | A | |
| 695.  - - Laboratory Corp America Holdings | | None | J | T | | | | | |
| 696.  - - Lamb Weston Holdings | A | Int./Div. | J | T | | | | | |
| 697.  - - Lennar Corp | A | Int./Div. | J | T | Buy | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - - Lincoln National Corp | A | Int./Div. | J | T | | | | | |
| 699. - - Loews Corp | A | Int./Div. | J | T | | | | | |
| 700. - - Macerich Co REIT | A | Int./Div. | | | Sold | 01/30/20 | J | | |
| 701. - - Macy's Inc. | A | Int./Div. | | | Sold | 03/05/20 | J | | |
| 702. - - Marathon Oil Corp | A | Int./Div. | | | Sold | 07/13/20 | J | | |
| 703. - - Martin Marietta Materials | A | Int./Div. | J | T | | | | | |
| 704. - - Masco Corp | A | Int./Div. | J | T | | | | | |
| 705. - - McCormick & Co. | A | Int./Div. | J | T | | | | | |
| 706. - - Mettler-Toledo Intl | | None | J | T | | | | | |
| 707. - - Microchip Technology, Inc. | A | Int./Div. | J | T | | | | | |
| 708. - - Mid-Amer Apt Cmntys Inc. | A | Int./Div. | J | T | | | | | |
| 709. - - Molson Coors Beverage Co | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 710. - - Mosiac Co | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 711. - - Motorola Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 712. - - Nasdaq, Inc. | A | Int./Div. | J | T | | | | | |
| 713. - - National Oilwell Varco | A | Int./Div. | | | Sold | 10/15/20 | J | | |
| 714. - - Newell Brands | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715.  - - News Corp Com CL A | A | Int./Div. | | | Sold | 09/14/20 | J | | |
| 716.  - - News Corp Com CL B | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 717.  - - Newmont Goldcorp | A | Int./Div. | J | T | | | | | |
| 718.  - - Nielsen Holdings PLC | A | Int./Div. | J | T | | | | | |
| 719.  - - Nisource, Inc. | A | Int./Div. | J | T | | | | | |
| 720.  - - Northern Trust Corp | A | Int./Div. | J | T | | | | | |
| 721.  - - Norweigian Cruse Line Holdings | | None | J | T | Buy | 04/07/20 | J | | |
| 722.  - - NRG Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 723.  - - Oneok, Inc. | A | Int./Div. | J | T | | | | | |
| 724.  - - Packaging Corp Amer | A | Int./Div. | | | Sold | 08/13/20 | J | A | |
| 725.  - - Pentair PLC | A | Int./Div. | J | T | | | | | |
| 726.  - - Peoples UTD Financial | A | Int./Div. | J | T | | | | | |
| 727.  - - Perrigo Company Limited | A | Int./Div. | | | Sold | 12/16/20 | J | A | |
| 728.  - - Pinnacle West Capital Corp | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 729.  - - Price T Rowe Group Inc. | A | Int./Div. | J | T | | | | | |
| 730.  - - Principal Financial Group | A | Int./Div. | J | T | | | | | |
| 731.  - - PVH Corp | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. - - Qorvo Inc. | | None | J | T | | | | | |
| 733. - - Quest Diagnostics, Inc. | A | Int./Div. | J | T | | | | | |
| 734. - - Ralph Lauren Corp | A | Int./Div. | | | Sold | 07/13/20 | J | | |
| 735. - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 736. - - Regency Ctrs Corp | A | Int./Div. | J | T | Buy | 01/30/20 | J | | |
| 737. - - Regions Financial Corp | A | Int./Div. | J | T | | | | | |
| 738. - -Robert Half Intl | A | Int./Div. | J | T | | | | | |
| 739. - -Rockwell Automation | A | Int./Div. | J | T | | | | | |
| 740. - - Sealed Air Corp | A | Int./Div. | J | T | Buy | 05/08/20 | J | | |
| 741. - - Skyworks Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 742. - - SL Green Realty | A | Int./Div. | J | T | | | | | |
| 743. - - Smucker JM Co | A | Int./Div. | J | T | | | | | |
| 744. - - Snap-on, Inc. | A | Int./Div. | | | Sold | 06/11/20 | J | | |
| 745. - - Steris PLC | A | Int./Div. | J | T | Buy | 09/14/20 | J | | |
| 746. - - Take-Two Interactive Software | | None | J | T | Buy | 03/05/20 | J | | |
| 747. - - Tapastry Inc. | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 748. - - Tiffany & Co. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749.  - - Tractor Supply Co. | A | Int./Div. | J | T | | | | | |
| 750.  - - Ulta Beauty Inc. | | None | J | T | Buy | 07/13/20 | J | | |
| 751.  - - Under Armour, Inc. CL A | | None | J | T | | | | | |
| 752.  - - Under Armour, Inc. CL B | | None | J | T | Buy | 07/13/20 | J | | |
| 753.  - - Universal Health Services | | None | J | T | Buy | 06/10/20 | J | | |
| 754.  - - Varian Medical Systems Inc. | | None | J | T | | | | | |
| 755.  - - Viacomcbs Inc. NPV | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 756.  - - Viatris Inc. | | None | J | T | Buy | 03/05/20 | J | | |
| 757.  - - Vornado Realty TR | A | Int./Div. | J | T | | | | | |
| 758.  - - Vulcan Materials Co. | A | Int./Div. | J | T | | | | | |
| 759.  - - Unum Group | A | Int./Div. | J | T | | | | | |
| 760.  - - Wabtec Corp | A | Int./Div. | J | T | | | | | |
| 761.  - - Waters Corp Com | | None | J | T | | | | | |
| 762.  - - Wellcare Health Plans | | None | | | Sold | 01/24/20 | J | | |
| 763.  - - Westrock Co | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 764.  - - Whirlpool Corp | A | Int./Div. | J | T | | | | | |
| 765.  - - Willis Towers Watson PLC | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766.  - - Wynn Resorts, Ltd. | A | Int./Div. | | | Sold | 10/15/20 | J | A | |
| 767.  - - Xilinx, Inc. | A | Int./Div. | J | T | | | | | |
| 768.  - - Zions Bancorp | A | Int./Div. | J | T | | | | | |
| 769.  - - Kontoor Brands | A | Int./Div. | | | Sold | 06/10/20 | J | | |
| 770.  - - Livent Corp | A | Int./Div. | J | T | | | | | |
| 771.  - - Capri Holdings Ltd | | None | | | Sold | 04/07/20 | J | | |
| 772.  - - Healthpeak Properties, Inc. | A | Int./Div. | J | T | | | | | |
| 773.  - - Truist Financial Corp | A | Int./Div. | J | T | | | | | |
| 774.  - - Teradata Corp | | None | | | Sold | 06/10/20 | J | | |
| 775.  - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | A | Int./Div. | | | Sold | 06/11/20 | L | | |
| 776.  - - APTIV PLC Com | A | Int./Div. | | | Sold | 06/11/20 | J | A | |
| 777.  - - CNX Resources | | None | J | T | | | | | |
| 778.  - - Devon Energy Corp | A | Int./Div. | J | T | Buy | 08/13/20 | J | | |
| 779.  - - Diamonback Energy Inc. | A | Int./Div. | J | T | Buy | 04/07/20 | J | | |
| 780.  - - Enbridge Inc. | A | Int./Div. | J | T | | | | | |
| 781.  - - Flowserve Corp | A | Int./Div. | J | T | Buy | 08/13/20 | J | | |
| 782.  - - Hollyfrontier Corp | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783.　- - Huntington Ingalls | A | Int./Div. | J | T | Buy | 09/14/20 | J | | |
| 784.　- - Kimco Realty Corp | A | Int./Div. | J | T | Buy | 07/13/20 | J | | |
| 785.　- - Kohls Corp | A | Int./Div. | J | T | Buy | 03/05/20 | J | | |
| 786.　- - Linde PLC Com | A | Int./Div. | | | Sold | 04/07/20 | J | | |
| 787.　- -Marathon Oil Corp. | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 788.　- - Nvent Electric PLC | A | Int./Div. | J | T | | | | | |
| 789.　- - Vontier Corp | | None | J | T | Buy | 01/30/20 | J | | |
| 790.　- - Xerox Holdings Corp | A | Int./Div. | J | T | Buy | 07/13/20 | J | | |
| 791.　- - Apartment Income Reit Corp | | None | J | T | Buy | 01/30/20 | J | | |
| 792.　- - Alpine Utah Sch Dist 5.0% | B | Int./Div. | | | Sold | 03/16/20 | L | | |
| 793.　- - Baltimore Co., MD 4.0% | D | Int./Div. | M | T | | | | | |
| 794.　- - Duchesne Cnty Utah Sch Dist 5.0% | B | Int./Div. | | | Sold | 06/01/20 | L | | |
| 795.　- - Florida State 5.0% due 7.1.2020 | B | Int./Div. | | | Sold | 07/01/20 | L | | |
| 796.　- -University Texas Univ Revs 5.0% | B | Int./Div. | | | Sold | 08/17/20 | L | | |
| 797.　- - Fairfax County VA 5.0%, DUE<br>　　10.1.2021 | C | Int./Div. | L | T | | | | | |
| 798.　- - Texas ST 4.0% | C | Int./Div. | M | T | Buy | 08/31/20 | M | | |
| 799.　- - University of Texas Perm Univ Fd 5.0% | C | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800.  - -California State 5.5%., DUE 4.1.2024 | D | Int./Div. | M | T | | | | | |
| 801.  - - Metropolitan Tans Auth NY Rev 5.% | C | Int./Div. | | | Sold | 12/02/20 | L | | |
| 802.  - - Clark County Nevada School District 5.0% | A | Int./Div. | | | Sold | 01/13/20 | L | C | |
| 803.  - - Bay Area Toll Auth Calif Toll Brdg Rev 2.0% | B | Int./Div. | M | T | | | | | |
| 804.  - - Baltimore Cnty Md 5.0% DUE 2.1.2023 | B | Int./Div. | | | Sold | 03/19/20 | L | | |
| 805.  - - Overland Park, Kansas 5.0% DUE 9.1.2023 | C | Int./Div. | L | T | | | | | |
| 806.  - - Charleston Cnty S C 5.0% DUE 11.1.2025 | D | Int./Div. | L | T | | | | | |
| 807.  - - New York ST HSG FIN .75% | A | Int./Div. | M | T | Buy | 12/03/20 | M | | |
| 808.  - - Washington State 5.0%, DUE 8.1.2025 | C | Int./Div. | L | T | | | | | |
| 809.  - - Washington Subn San Dist MD 5.0% | C | Int./Div. | L | T | | | | | |
| 810.  - - Henrico Cnty VA 5.0%, DUE 8.1.2026 | C | Int./Div. | L | T | | | | | |
| 811.  - - New York St Urban Dev | C | Int./Div. | L | T | | | | | |
| 812.  - - North Carolina St REF SER A 5.0% DUE 6.1.26 | A | Int./Div. | | | Sold | 01/15/20 | L | D | |
| 813.  - - Wake County NC | C | Int./Div. | M | T | Buy | 09/03/20 | M | | |
| 814.  - - Collin Cnty Tex 5.0% | D | Int./Div. | M | T | | | | | |
| 815.  - - Deschutes Cnty Ore Admin 5.0% | C | Int./Div. | M | T | | | | | |
| 816.  - - Maricopa Cnty Ariz Sch Dist No 3 Tempe Elem 5.0% | D | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817.  - - Minnesota State 5.0% | C | Int./Div. | M | T | | | | | |
| 818.  - - Wisconsin State Trans Rev 5.0% | D | Int./Div. | M | T | | | | | |
| 819.  - - Ohio State 5.0% | D | Int./Div. | M | T | | | | | |
| 820.  - - New York NY City Trans 1.65% | B | Int./Div. | | | Sold | 12/02/20 | M | | |
| 821.  - - Winston-Salem NC Water & Sewer Rev | C | Int./Div. | M | T | Buy | 03/06/20 | M | | |
| 822.  - - Portland OR Sewer Sys Rev | C | Int./Div. | M | T | Buy | 01/30/20 | M | | |
| 823.  - - San Antonio Tex Wtr Rev 2.625% | C | Int./Div. | M | T | | | | | |
| 824.  - -MFB Northern Funds Mun Money Market Fund | B | Int./Div. | N | T | | | | | |
| 825.  - LTR 2010 TR - Morgan Stanley Inv. Acct#1(lines 826 - 852) | | | | | | | | | |
| 826.  - - Morgan Stanley Money Market Account | A | Interest | N | T | | | | | |
| 827.  - - Goldman Sachs Access TRE | B | Int./Div. | M | T | | | | | |
| 828.  - - Ishares Core U.S. Aggregate | C | Int./Div. | M | T | | | | | |
| 829.  - - Ishares JP Morgan EM Bond ETF (EMB) | C | Int./Div. | L | T | | | | | |
| 830.  - - IShares S&P Mid-Cap 400 G ETF | B | Int./Div. | M | T | | | | | |
| 831.  - - IShares S&P Small Cap 600 V ETF | B | Int./Div. | M | T | | | | | |
| 832.  - -IShares Short Maturity Bond | C | Int./Div. | | | Sold | 10/26/20 | M | E | |
| 833.  - - Ishares Small Cap 600 G ETF (IJT) | A | Int./Div. | | | Sold | 02/03/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834.  - - Janus Henderson Sht Dur | C | Int./Div. | N | T | | | | | |
| 835.  - - JPM Diversified | C | Int./Div. | M | T | | | | | |
| 836.  - - JPMorgan Ultra-Short Inc ETF | C | Int./Div. | N | T | | | | | |
| 837.  - - Proshares TR S&P 500 DV ARIST (NOBL) | D | Int./Div. | N | T | | | | | |
| 838.  - - Proshares RSL 2000 DVD ETF | B | Int./Div. | M | T | Buy | 02/03/20 | M | | |
| 839.  - - Vanguard Growth ETF | C | Int./Div. | N | T | | | | | |
| 840.  - - Vanguard High DIV Yield ETF | D | Int./Div. | M | T | Buy | 03/31/20 | M | | |
| 841.  - - Vanguard Index Fds S&P 500 ETF (V00) | D | Int./Div. | N | T | | | | | |
| 842.  - - Vanguard Mid Cap Value ETF (VOE) | C | Int./Div. | M | T | | | | | |
| 843.  - - Vanguard REIT ETF | C | Int./Div. | L | T | | | | | |
| 844.  - - Victoryshares US Larg Cap H | D | Int./Div. | M | T | | | | | |
| 845.  - -Chicago Ill Genl Oblig Proj & Ref Ser-A | A | Interest | | | Redeemed | 02/20/20 | M | | |
| 846.  - - Blackstone Alt Mult-Strat Inst (BXMIX) | C | Int./Div. | M | T | | | | | |
| 847.  - - Catalyst Millburn HGD Strat I | B | Int./Div. | | | Sold | 04/02/20 | L | | |
| 848.  - - First Eagle Global I | B | Int./Div. | | | Sold | 03/27/20 | N | | |
| 849.  - - Franklin K-2 Alternative Strtgs ADV | B | Int./Div. | M | T | Buy (add'l) | 02/05/20 | J | | |
| 850.  - - Harding Loevner INtl Eqty Inst (HLMIX) | D | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 851.  - - Janus Flexible Bond I (JFLEX) | D | Int./Div. | M | T | Buy (add'l) | 02/05/20 | J | | |
| 852.  - - Virtus Insight Emerg Mkts I (HIEMX) | C | Int./Div. | M | T | | | | | |
| 853.  - LTR 2010 Trust - Morgan Stanley Inv Acct#2(lines 854-874) | | | | | | | | | |
| 854.  - - Canyon TX Ind Sch Dist | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 855.  - - Colordo State Bldg. | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 856.  - - El Paso Tex Wtr & Swr | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 857.  - - Energy Northwest Wash Elec Rev | B | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 858.  - - Florida ST Dept Trans Fed | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 859.  - - Hawaii ST Gen Obl | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 860.  - - Honolulu Hawaii City & Cnty BR | B | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 861.  - - Honolulu Hawaii City & Cnty WA | B | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 862.  - - Maricopy Cnty Ariz School Dist | B | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 863.  - - Midland TEX Rev | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 864.  - - Minneapolis MN SPL SCH DIST | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 865.  - - New York City Trans Fin Auth | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 866.  - - New York ST Dorm Auth Sales Tax | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 867.  - - North Carolina ST Univ NC | A | Int./Div. | K | T | Open | 12/24/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868.  - - Ohio State Mental Health CAP FACS | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 869.  - - Orlando FL Utils | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 870.  - - Port Beaumont Tex Nav Dist | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 871.  - - Sarasota Co FL Infrastructure | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 872.  - - Washington ST Genl Oblig SER-D | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 873.  - - Waukee IA Cmnty Sch Dist | A | Int./Div. | K | T | Open | 12/24/20 | K | | |
| 874.  - - Wisconsin ST Gen Oblig | A | Int./Div. | L | T | Open | 12/24/20 | L | | |
| 875.  L Fam TR fbo BW (H) | | | | | | | | | |
| 876.  - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 877.  - - Wells Fargo checking account (fna Wachovia) | | None | J | T | | | | | |
| 878.  - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 879.  - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | U | | | | | |
| 880.  - UBS Acct #1 (H) | | | | | | | | | |
| 881.  - - Fidelity Advisor New Insights Fund Class I | | None | | | Sold | 07/29/20 | J | B | |
| 882.  - - Smead Value Fund | B | Int./Div. | | | Sold | 07/29/20 | J | | |
| 883.  - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 884.  - - Alphabet Inc. CL A | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885.  - - Alphabet Inc. CL C | A | Int./Div. | J | T | | | | | |
| 886.  - - Amazon.Com Inc | A | Int./Div. | K | T | | | | | |
| 887.  - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 888.  - - Berkshire Hathaway, Inc. | A | Int./Div. | K | T | | | | | |
| 889.  - - Facebook Inc. CL A | A | Int./Div. | K | T | | | | | |
| 890.  - - Ferrari NV New EUR | A | Int./Div. | J | T | | | | | |
| 891.  - - GW Pharmaceuticals | A | Int./Div. | | | Sold | 07/29/20 | J | A | |
| 892.  - - Lululemon Athletica Inc. | A | Int./Div. | J | T | | | | | |
| 893.  - - LVMH Moet Hennessy Louis | A | Int./Div. | J | T | | | | | |
| 894.  - - Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 895.  - - Nike Inc., CL B | A | Int./Div. | J | T | | | | | |
| 896.  - - Smile Direct Club Inc. | A | Int./Div. | K | T | | | | | |
| 897.  - - Starbucks Corp | A | Int./Div. | J | T | | | | | |
| 898.  - - Twilio Inc. | A | Int./Div. | | | Sold | 04/13/20 | L | D | |
| 899.  - - Visa Inc. | A | Int./Div. | J | T | | | | | |
| 900.  - - Walt Disney Co. | A | Int./Div. | | | Sold | 04/13/20 | J | | |
| 901.  - - Fidelity MSCI Consumer Disc Index ETF | B | Int./Div. | K | T | Buy | 09/10/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - - American Beacon ARK Trans INNOV Fund | B | Int./Div. | K | T | Buy | 09/04/20 | K | | |
| 903. - UBS Acct #2 (H) | | | | | | | | | |
| 904. - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 905. - - Accenture PLC Ireland | A | Int./Div. | J | T | | | | | |
| 906. - - American Electric Power | | Int./Div. | J | T | | | | | |
| 907. - - Amgen Inc. | A | Int./Div. | J | T | Buy | 09/29/20 | J | | |
| 908. - - Blackrock Inc. | A | Int./Div. | J | T | | | | | |
| 909. - - Chevron Corp | A | Int./Div. | | | Sold | 01/07/20 | J | | |
| 910. - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 911. - - Cisco Systems Inc. | A | Int./Div. | J | T | Buy | 02/10/20 | J | | |
| 912. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 913. - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 914. - - Crane Co | A | Int./Div. | J | T | | | | | |
| 915. - - Diageo PLC | A | Int./Div. | J | T | | | | | |
| 916. - - Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 917. - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 918. - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  - - JPMorgan Chase & Co | A | Int./Div. | J | T | | | | | |
| 920.  - - Linde PLC Eur | A | Int./Div. | J | T | | | | | |
| 921.  - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 922.  - - Marsh & McLennan Cos | A | Int./Div. | J | T | | | | | |
| 923.  - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 924.  - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 925.  - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 926.  - - Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |
| 927.  - - Novartis AG | A | Int./Div. | J | T | | | | | |
| 928.  - - Phillips 66 | A | Int./Div. | J | T | Buy | 05/04/20 | J | | |
| 929.  - - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 930.  - - Raytheon Technologies | A | Int./Div. | J | T | Buy | 07/28/20 | J | | |
| 931.  - - Republic Services Inc. | A | Int./Div. | J | T | | | | | |
| 932.  - - Rockwell Automation Inc. | A | Int./Div. | J | T | | | | | |
| 933.  - - Suncor Energy Inc. | A | Int./Div. | | | Sold | 05/04/20 | J | | |
| 934.  - - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 935.  - - Trust Financial Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - - Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 937. - - United Parcel Service Inc CL B | A | Int./Div. | J | T | Buy | 11/06/20 | J | | |
| 938. - - United Technologies | A | Int./Div. | | | Sold | 01/07/20 | J | A | |
| 939. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 940. L Fam TR fbo FW (H) | | | | | | | | | |
| 941. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 942. - - Wells Fargo checking account (fna Wachovia) | | None | J | T | | | | | |
| 943. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 944. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | | | | | |
| 945. Promissory Note from LFT-BW | E | Interest | P1 | T | | | | | |
| 946. Promissory Note from LFT-FW | E | Interest | P1 | T | | | | | |
| 947. Promissory Note from LFT-FL | B | Interest | M | T | | | | | |
| 948. Promissory Note from LFT-AL | B | Interest | M | T | | | | | |
| 949. W Fam Foundation, Director and President (H) | | | | | | | | | |
| 950. - - Raymond James Bank Dep Program | A | Interest | J | T | | | | | |
| 951. - - Blackrock Strategic Inc. Opportunites Port Instl | B | Int./Div. | K | T | | | | | |
| 952. - - Brown Advisory Beutel Goodman Larg Cap Val | A | Int./Div. | L | T | Buy | 10/15/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953.  - - BMO Low Volatility Equity Fund Class A | A | Int./Div. | | | Sold | 10/14/20 | K | C | |
| 954.  - - Carillon Eagle Mid Cap Growth Fund Class I | | None | | | Sold | 04/16/20 | K | | |
| 955.  - - Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 956.  - - Nuveen Santa Barbara Growth A | A | Int./Div. | L | T | | | | | |
| 957.  - -Osterweis Strat Income Fund | A | Int./Div. | | | Sold | 01/27/20 | K | | |
| 958.  - - MFS International Growth FUnd Class I N/L | A | Int./Div. | K | T | | | | | |
| 959.  - - TWC Emerging Markets Income Fund Class I N/L | A | Int./Div. | | | Sold | 04/16/20 | J | | |
| 960.  - - Parnassus Core Euqity Fund Investor Class N/L | A | Int./Div. | L | T | | | | | |
| 961.  - - Performance Trust Strategic Bond Fund | A | Int./Div. | K | T | Buy | 03/09/20 | K | | |
| 962.  Brokerage Acct#10 (Baird)(H) | | | | | | | | | |
| 963.  - - Money Market Fund | A | Dividend | K | T | | | | | |
| 964.  - - Amgen, Inc. | D | Dividend | M | T | | | | | |
| 965.  - - Apple, Inc. | B | Dividend | N | T | | | | | |
| 966.  - - Automatic Data Processing | D | Dividend | O | T | | | | | |
| 967.  - - Berkshire Hathaway Inc. Del CL A Fmly Common | | None | N | T | | | | | |
| 968.  - - Boswell JG CO Com | C | Dividend | M | T | | | | | |
| 969.  - - Broadridge Financial Solutions | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 970.  - - Walt Disney Co. | C | Dividend | | | Sold | 05/06/20 | M | D | |
| 971.  - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 972.  - - Medtronic PLC | B | Dividend | L | T | Buy | 05/22/20 | L | | |
| 973.  - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |
| 974.  - - Microsoft Corp. | D | Dividend | O | T | | | | | |
| 975.  - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 976.  - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 977.  - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 978.  - - Paychex, Inc. | D | Dividend | M | T | | | | | |
| 979.  - - Raytheon Co. New | D | Dividend | N | T | | | | | |
| 980.  - - Visa Inc. CL A | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 981.  - - WTB Finl Corp CMT CL B COM Non Vtg | D | Dividend | N | T | | | | | |
| 982.  - - Welltower, Inc. (name change from Health Care Reit) | C | Dividend | | | Sold | 05/14/20 | L | | |
| 983.  - -XYLEM, Inc. | A | Dividend | | | Sold | 01/31/20 | N | G | |
| 984.  - - Baird Chautauqua Intl Growth Instl CL | C | Dividend | M | T | | | | | |
| 985.  - -Ann Arbor Mich Trans FDR REF | B | Interest | | | Sold | 06/01/20 | M | | |
| 986.  - -Benton Cnty, Wash GO Ser 2003 | D | Interest | | | Sold | 12/01/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - -Georgia State GO BDS Ser 2007 | C | Interest | | | Sold | 07/01/20 | M | | |
| 988. - - King Cnty, Wash Ltd Tax GO | D | Interest | N | T | | | | | |
| 989. - - Oregon State Dept Trans | C | Interest | | | Sold | 11/16/20 | M | | |
| 990. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | | | Sold | 10/01/20 | L | | |
| 991. - - Overland Park KS Internal | C | Interest | M | T | | | | | |
| 992. - - Columbus, Ohio Various Purpose Series A | D | Interest | M | T | | | | | |
| 993. - - Seattle, Wash GO Impt Bds | C | Interest | M | T | | | | | |
| 994. - -Houston, TX Indpt Sch Dist RFDG Ser A | D | Interest | M | T | | | | | |
| 995. - - King Cnty WA Sch Dist 411 Issaquah Rfdg B/E | B | Interest | L | T | | | | | |
| 996. - - Maryland State St & Local FAC | D | Interest | N | T | | | | | |
| 997. - - Bloomfield Hills MI Schs Dist | C | Interest | M | T | | | | | |
| 998. - - Livingston Co MI RFDG | D | Interest | N | T | | | | | |
| 999. - - Alpine, UT Sch Dist Bld Ser B | D | Interest | M | T | | | | | |
| 1000. - -Ann Arbor, MI Sch Dist | C | Interest | M | T | | | | | |
| 1001. - - Raleigh NC Rfdg Ser A | B | Interest | L | T | | | | | |
| 1002. - - Tacoma, WA RfDG Ltd Tax | B | Interest | K | T | | | | | |
| 1003. - - Birmingham, MI RFDG B/E PTC | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1004. - - King Co. WA School Dist 415 Ken B/E | A | Interest | K | T | | | | | |
| 1005. - - Parker Co. TX B/E PTC | B | Interest | K | T | | | | | |
| 1006. - - Seattle WA Drain & Wstwtr Rev RFDG | A | Interest | K | T | | | | | |
| 1007. - - Michigan State FFDG Grant ANTIC Rev | A | Interest | K | T | | | | | |
| 1008. - - Traverse City, MI Area Pub Schs Sch Bld & Site | A | Interest | K | T | | | | | |
| 1009. - - Michigan State RFDG Envmttl PG Ser B | B | Interest | K | T | | | | | |
| 1010. - - Lansing, MI RFDG B/E | D | Interest | M | T | | | | | |
| 1011. - - Wyoming, MI WTR SPLY SYS | D | Interest | M | T | | | | | |
| 1012. - - Plymouth Canton MI Cmnty Sch Dist | B | Interest | L | T | | | | | |
| 1013. - - Lansing, MI Brd Wtr & LT Util Sys | D | Interest | M | T | | | | | |
| 1014. - - Adams Cnty WA JT CONS SCH Dist | B | Interest | L | T | | | | | |
| 1015. - - Farmington Hills, MI CAP IMPT B/E | C | Interest | M | T | | | | | |
| 1016. - - Oakland CNTY MI Evergreen Farmington SWR DISP SYS | B | Interest | L | T | | | | | |
| 1017. - - Kalamazoo Cnty MI Juvenile Home FACS | D | Interest | M | T | | | | | |
| 1018. - - Sterling Hts MI CAP IMPT | A | Interest | K | T | | | | | |
| 1019. - - West Ottawa, MI Pub SCH DIST BLDG SITE | D | Interest | M | T | | | | | |
| 1020. - - Shoreline Fire Dept WA King CNTY B/E | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - - East Lansing, MI Sch Dist RFDG | A | Interest | K | T | | | | | |
| 1022. - - Southfield MI Water & Sewer CAP Impt | C | Interest | M | T | | | | | |
| 1023. - - Tacoma, WA RFDG B/E | B | Interest | K | T | | | | | |
| 1024. - - Davenport IA Corp | B | Interest | L | T | | | | | |
| 1025. - - Durham Cnty NC | C | Interest | M | T | | | | | |
| 1026. - - Federal Way WA Ser A B/E | C | Interest | M | T | | | | | |
| 1027. - - Georgia State RFDG Ser J1 | C | Interest | M | T | Buy | 05/06/20 | M | | |
| 1028. - - Lakeview MI PUB SCH DIST | C | Interest | M | T | Buy | 04/09/20 | M | | |
| 1029. - - Lansing, MI Brd WTR & LT UTIL SYS | D | Interest | M | T | Buy | 01/02/20 | M | | |
| 1030. - - Grand Blanc MI CMNTY SCHS BLDG | C | Interest | L | T | Buy | 05/06/20 | L | | |
| 1031. - - Harrison, MI CMNTY SCHLS SCH BLDG | C | Interest | L | T | Buy | 05/06/20 | L | | |
| 1032. - - Schoolcraft, MI CLLG FAC | C | Interest | M | T | Buy | 01/02/20 | M | | |
| 1033. - - Farwell, MI Area SCHS BLDG | B | Interest | L | T | Buy | 04/23/20 | L | | |
| 1034. - - Airport MI CMNTY SCH DIST | B | Interest | M | T | Buy | 12/16/20 | M | | |
| 1035. - - Battle Creek, MI SCH DIST RFDG | B | Interest | L | T | Buy | 06/30/20 | L | | |
| 1036. - - Clarkston, MI CMNTY SCHS RFDG SER A | B | Interest | L | T | Buy | 05/06/20 | L | | |
| 1037. - - Mona Shores, MI PUB SCHS BLDG & SITE | B | Interest | L | T | Buy | 04/03/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. - - Southfield, MI WTR & SWR CAP IMPT | D | Interest | N | T | Buy | 02/26/20 | N | | |
| 1039. - - Battle Creek MI SCH DIST RFDG | B | Interest | L | T | Buy | 06/03/20 | L | | |
| 1040. - - Fraser, MI PUB SCH DIST RFDG | B | Interest | K | T | Buy | 04/13/20 | K | | |
| 1041. - - East China, MI SCH DIST BLDG SITE | B | Interest | M | T | Buy | 12/04/20 | M | | |
| 1042. - - Grand Rapids, MI PUB SCHS RFDG | C | Interest | M | T | Buy | 05/06/20 | M | | |
| 1043. - - Schoolcraft CLLG MI | D | Interest | M | T | Buy | 02/03/20 | M | | |
| 1044. - - Southfield, MI WTR & SWR CAP IMPT | B | Interest | M | T | Buy | 12/04/20 | M | | |
| 1045. - - Goodrich, MI Area SCH DIST | B | Interest | M | T | Buy | 12/16/20 | M | | |
| 1046. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 1047. - - BOFA Tax Exempt Reserves | A | Interest | N | T | | | | | |
| 1048. - - Ishares Core S&P 500 ETF | C | Interest | M | T | Buy | 05/05/20 | M | | |
| 1049. - - Ishares Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |
| 1050. - - CEF Ishares Core S&P Small Cap | B | Dividend | L | T | | | | | |
| 1051. - - IShares MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 1052. - - CMG Ultra Short Term Bond Fund | D | Int./Div. | O | T | Buy | 06/01/20 | O | | |
| 1053. - - Ishares Core MISCI Emerging Markets | A | Dividend | | | Sold | 04/14/20 | K | | |
| 1054. - - Lancaster Co. Neb Sch Dis GO Bond | A | Interest | | | Sold | 01/15/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1055. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | | | | | |
| 1056. - - Maryland State GO BDS State and Local Fasc | C | Interest | M | T | | | | | |
| 1057. - - Virginia College Bldg Auth VA REV BDS | C | Interest | M | T | | | | | |
| 1058. - -Massashusetts State GO BDS | B | Interest | L | T | | | | | |
| 1059. - - Orange Cnty Fla Tourist Dev | B | Interest | | | Sold | 05/11/20 | L | | |
| 1060. - - Orange Cnty NC Ltd Oblig Bds | B | Interest | L | T | | | | | |
| 1061. - - Santa Fe Texas Indpt Sch Dist | B | Interest | L | T | | | | | |
| 1062. - - Pigeon Forge Tenn GO Ref Bonds | B | Interest | | | Sold | 06/01/20 | M | | |
| 1063. - - Sedgwick County Kansas Sch Dist Bd | D | Interest | M | T | | | | | |
| 1064. - - State Univ Iowa Rev Recreational Facs Rev | D | Interest | M | T | | | | | |
| 1065. - - Montgomery Cnty MD REV REF REV BDS | B | Interest | L | T | | | | | |
| 1066. - - Ohio State Cultural & Sports CAP Lease | B | Interest | L | T | | | | | |
| 1067. - - Larimer Cnty CO Sch Dist NO GO REF BDS | B | Interest | L | T | | | | | |
| 1068. - - Oshkosh WIS SWR SYS REV | B | Interest | L | T | | | | | |
| 1069. - - Allegheny Cnty PA GO REF BDS | B | Interest | L | T | | | | | |
| 1070. - - WELD Cnty CO School Distr | C | Interest | M | T | | | | | |
| 1071. - - Oak Creek-Franklin WIS JT SCH GO IMPT BLDG BDS | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072. - - Washington State GO REF BDS | B | Interest | L | T | | | | | |
| 1073. - - Gainesville, FL UTIL SYS REV | B | Interest | L | T | | | | | |
| 1074. - -Connecticut State GO BDS | C | Interest | M | T | | | | | |
| 1075. - - Franklin Ftlg Rate Daily Access | C | Dividend | M | T | | | | | |
| 1076. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 1077. - - BOFA Tax Exempt Money Fund | A | Int./Div. | J | T | | | | | |
| 1078. - - Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 1079. - - AT&T | A | Dividend | J | T | | | | | |
| 1080. - - Boeing Co | A | Dividend | | | Sold | 03/26/20 | J | A | |
| 1081. - - Broadcom Inc. | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 1082. - - Chevron Corp | A | Dividend | J | T | | | | | |
| 1083. - - Chubb Ltd | A | Dividend | J | T | | | | | |
| 1084. - - Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 1085. - - Citigroup Inc. | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 1086. - - Conoco Philips | A | Dividend | J | T | | | | | |
| 1087. - - Corning, Inc. | A | Dividend | J | T | | | | | |
| 1088. - - DowDupont, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. - - Duke Energy Corp | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 1090. - - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 1091. - - - General Dynamics Corp | A | Dividend | J | T | Buy | 02/10/20 | J | | |
| 1092. - - Intel Corp | A | Dividend | J | T | | | | | |
| 1093. - - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 1094. - - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 1095. - - Kimberly Clark | A | Dividend | J | T | | | | | |
| 1096. - - Lilly Eli & Co | A | Dividend | J | T | | | | | |
| 1097. - - Lowes Cos Inc. | A | Dividend | J | T | Buy | 03/17/20 | J | | |
| 1098. - -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 1099. - - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 1100. - -Morgan Stanley | A | Dividend | J | T | | | | | |
| 1101. - - Nextera Energy | A | Dividend | J | T | | | | | |
| 1102. - - Philip Morris Intl | A | Dividend | J | T | | | | | |
| 1103. - - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 1104. - - PNC Financial Services Group | A | Dividend | J | T | Buy | 05/12/20 | J | | |
| 1105. - - Raytheon Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1106. - - Target Corp | A | Dividend | J | T | | | | | |
| 1107. - - Travelers Cos, Inc. | A | Dividend | J | T | | | | | |
| 1108. - - Truist Financial Corp | A | Dividend | J | T | | | | | |
| 1109. - - United Parcel Svc | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 1110. - - Viatris Inc. | A | Dividend | J | T | Buy | 11/17/20 | J | | |
| 1111. - - Wallgreens Boots Alliance, Inc. | A | Dividend | J | T | | | | | |
| 1112. - - Wells Fargo & Co New Com | A | Dividend | | | Sold | 05/12/20 | J | | |
| 1113. - - 3M Co. | A | Dividend | J | T | | | | | |
| 1114. - -Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 1115. - - BCE Inc New | A | Dividend | J | T | | | | | |
| 1116. - - Diagio PLC | A | Dividend | J | T | | | | | |
| 1117. - - HSBC Holdings | A | Dividend | | | Sold | 01/28/20 | J | | |
| 1118. - - Johnson Controls Intl PLC | A | Dividend | J | T | | | | | |
| 1119. - - Medtronic PLC | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 1120. - - Novartis AG | A | Dividend | J | T | | | | | |
| 1121. - -Royal Dutch Shell PLC | A | Dividend | | | Sold | 02/10/20 | J | | |
| 1122. - - Siemens AG | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1123. - - Unilever NV | A | Dividend | J | T | | | | | |
| 1124. - - Healthpeak Pptys Inc. | A | Dividend | J | T | | | | | |
| 1125. - - Welltower, Inc. REITS | A | Dividend | J | T | | | | | |
| 1126. - Brokerage Account #11 US Trust Sub-Acct C (H) | | | | | | | | | |
| 1127. - - BOFA Tax Exempt Fund | A | Int./Div. | J | T | | | | | |
| 1128. - - Activision Blizzard, Inc. | A | Dividend | | | Sold | 02/06/20 | J | A | |
| 1129. - - Alibaba Group Hldg Ltt | | None | | | Sold | 01/29/20 | J | A | |
| 1130. - - Alphabet, Inc., Class C | | None | | | Sold | 03/17/20 | J | D | |
| 1131. - - Amazon | | None | | | Sold | 03/17/20 | K | D | |
| 1132. - - Burlington Stores, Inc. | | None | | | Sold | 02/12/20 | J | B | |
| 1133. - - CME Group, Inc. | A | Dividend | | | Sold | 01/07/20 | J | | |
| 1134. - - Edwards Lifesciences Corp | | None | | | Sold | 03/17/20 | J | C | |
| 1135. - - Facebook, Inc. | | None | | | Sold | 03/17/20 | J | D | |
| 1136. - - Illumina Inc. | | None | | | Sold | 03/17/20 | J | | |
| 1137. - - Keysight Technologies, Inc. | | None | | | Sold | 03/17/20 | J | B | |
| 1138. - - Lululemon Atchletica Inc. | A | Dividend | | | Sold | 01/29/20 | J | C | |
| 1139. - - Nvidia Corp | A | Dividend | | | Sold | 01/29/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140. - - Paypal Holdings, Inc. | | None | | | Sold | 03/17/20 | J | D | |
| 1141. - - Salesforce, com | | None | | | Sold | 03/17/20 | J | C | |
| 1142. - - Union Pac Corp | A | Dividend | | | Sold | 03/12/20 | J | | |
| 1143. - - Unitedhealth Group, Inc. | A | Dividend | | | Sold | 03/17/20 | J | B | |
| 1144. - - Veeva Sys Inc. Cl A | | None | | | Sold | 02/06/20 | J | A | |
| 1145. - - Visa, Inc. | A | Dividend | | | Sold | 02/12/20 | J | B | |
| 1146. - - Workday Inc. | | None | | | Sold | 02/06/20 | J | | |
| 1147. - - Zoetis, Inc. | A | Dividend | | | Sold | 03/17/20 | J | D | |
| 1148. - - Costar Group Inc. | | None | | | Sold | 02/27/20 | J | A | |
| 1149. - - EPAM Sys Inc. | | None | | | Sold | 03/17/20 | J | | |
| 1150. - - MSCI Inc. | A | Dividend | | | Sold | 03/17/20 | J | | |
| 1151. - - Proofpoint Inc. | | None | | | Sold | 03/17/20 | J | | |
| 1152. - - Ulta Salon Cosmetics | | None | | | Sold | 03/17/20 | J | A | |
| 1153. - - ServiceNow, Inc. | | None | | | Sold | 03/17/20 | J | D | |
| 1154. LTR 2018-2 TR (lines 1194-1223 (H) * | | | | | | | | | |
| 1155. - Morgan Stanley Money Fund | A | Interest | J | T | | | | | |
| 1156. - - Texas State | A | Interest | | | Sold | 04/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1157. - -Wauwatosa Wis Sch Dist Ser-B | C | Interest | | | Sold | 09/01/20 | L | | |
| 1158. - - Nevada State Hwy Impt Rev | B | Interest | | | Sold | 07/10/20 | K | A | |
| 1159. - -Orlando, FL Utils Commn Util Sys Rev Ref-A | B | Interest | | | Distributed | 12/24/20 | K | | |
| 1160. - - Honolulu Hawaii City & Cnty Brd Wtr Supp | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1161. - - Honolulu Hawaii City & Cnty Wastewtr Sys Rev-B | B | Interest | | | Distributed | 12/24/20 | K | | |
| 1162. - - Sarasota Cnty Fla Infrastrucure Sales Surtax | B | Interest | | | Distributed | 12/24/20 | L | | |
| 1163. - - Ohio State Mental Health CAP Facs Lease Appropriation | B | Interest | | | Distributed | 12/24/20 | K | | |
| 1164. - - El Paso, TX Water & Swr Rev Ref ID | A | Interest | | | Distributed | 12/24/20 | K | | |
| 1165. - - Midland, TX Rev | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1166. - - Canyon Tex Indpt Sch Dist Bldg Ref | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1167. - - Washington St Genl Oblig Ser D | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1168. - - Wisconsin St Genl Oblig Ref-4 | B | Interest | | | Distributed | 12/24/20 | L | | |
| 1169. - - Energy Northwest Wash Elec Rev Ref-A | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1170. - - Maricopa Cnty Ariz Sch Dist No 214 Tolles Un High Impt | B | Interest | | | Distributed | 12/24/20 | L | | |
| 1171. - - Hawaii St Genl Oblig Ref-EZ | C | Interest | | | Distributed | 12/24/20 | L | | |
| 1172. - - Florida St Detp Transn Fed Hwy Reimbursement Rev-A | B | Interest | | | Distributed | 12/24/20 | K | | |
| 1173. - - Colorado St. Bldg Excellent Sch S Today CTFS Partn Rev | C | Interest | | | Distributed | 12/24/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1174. - - New York St Dorm Auth Sales Tax Rev St Supported Debt | B | Interest | | | Distributed | 12/24/20 | L | | |
| 1175. - - Minneapolis Minn SPL Sch Dist | A | Interest | | | Buy | 09/29/20 | K | | |
| 1176. | | | | | Distributed | 12/24/20 | K | | |
| 1177. - - New York City Trans FIN Auth | A | Interest | | | Buy | 09/16/20 | K | | |
| 1178. | | | | | Distributed | 12/24/20 | K | | |
| 1179. - - North Carolina ST UNIV NC | A | Interest | | | Buy | 04/09/20 | K | | |
| 1180. | | | | | Distributed | 12/24/20 | K | | |
| 1181. - - Port Beaumont TEX NAV DIST | A | Interest | | | Buy | 08/18/20 | K | | |
| 1182. | | | | | Distributed | 12/24/20 | K | | |
| 1183. - - Waukee, IA CONTY SCH DIST REF-B | A | Interest | | | Buy | 05/01/20 | K | | |
| 1184. | | | | | Distributed | 12/24/20 | K | | |
| 1185. 529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | M | T | | | | | |
| 1186. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 1187. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 1188. 529 Plan #6 - TM (Scholar's Choice Age Based) | | None | K | T | Open | 01/15/20 | K | | |
| 1189. Brokerage Acct #13 Merrill Lynch (H) | | | | | | | | | |
| 1190. - - CMA Funds | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. - - Blackrock Muni, Inc. | B | Dividend | K | T | | | | | |
| 1192. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 1193. IRA - Morgan Stanley | A | Interest | J | T | | | | | |
| 1194. - - MS Focus Growth Fd A | | | | | | | | | |
| 1195. Home Properties, LLC (Oak Park, MI) | F | Rent | N | R | | | | | |
| 1196. - - Real Property Oak Park Michigan | | | | | | | | | |
| 1197. Well Zoo (Equity Interest) | | None | J | T | | | | | |
| 1198. RCF Telecom (Membership Interest) | | None | J | T | | | | | |
| 1199. Unit 610, LLC (Membership Interest) Snowmass, Colorado | E | Rent | M | R | | | | | |
| 1200. HBF Investments, LLC (Membership Interest) condominium compl | E | Distribution | M | T | | | | | |
| 1201. The Pickle Recipe, LLC | | None | J | U | | | | | |
| 1202. Grosvenor Multi-Strategy Fund, L.P. | G | Int./Div. | P1 | T | | | | | |
| 1203. Membership Interest in Clay School Building, LLC | | None | K | U | | | | | |
| 1204. Promissory Note - Clay School Building, LLC | | None | P1 | U | | | | | |
| 1205. Digerati | | None | L | T | | | | | |
| 1206. Membership interest in White Levin Ventures LLC | | None | P1 | U | | | | | |
| 1207. WWLFAP, LLC (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Helene N.** | 09/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1208. - - Artwork: Rudolph Stingel Painting: untitled | | None | P1 | W | | | | | |
| 1209. - - Artwork: George Condo Painting: Blue Expanding | | None | P1 | W | | | | | |
| 1210. - - Artwork: Albert Oehlen Painting: Gestohlenes Zeug | | None | P1 | W | | | | | |
| 1211. - - Artwork: George Condo Painting: Coversations | | None | P1 | W | | | | | |
| 1212. - - Artwork: George Baselitz: Auf dem Berge, spitz | | None | P1 | W | | | | | |
| 1213. - - Artwork: Wade Guyton Painting: untitled | | None | O | W | | | | | |
| 1214. - - Artwork: Hiquily Sculpture | | None | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Line 1193 LTR 2018-2 Trust - All assets less $5,000 distributed to the LTR 2010 Trust - lines 854-874.

\*\* Line 307 -       property in Snowmass, Colorado - this is       with no rental income.

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/20/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544